# SKAKEL DECLARATION APPENDIX 1

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through March 12, 2012.

Selected Entity Name: CHADBOURNE & PARKE LLP<br>Selected Entity Status Information

**Current Entity Name:** CHADBOURNE & PARKE LLP
**Initial DOS Filing Date:** AUGUST 08, 1995
**County:**
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC REGISTERED LIMITED LIABILITY PARTNERSHIP
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK, 10112

**Principal Executive Office**
CHADBOURNE & PARKE LLP
30 ROCKEFELLER PLAZA
NEW YORK, NEW YORK, 10112

**Registered Agent**
NONE

**\*Stock Information**

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| | No Information Available | |

\*Stock information is applicable to domestic business corporations.

**Name History**

| Filing Date | Name Type | Entity Name |
|---|---|---|
| AUG 08, 1995 | Actual | CHADBOURNE & PARKE LLP |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results | New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us