SKAKEL DECLARATION
EXHIBIT J

 

**УКРАЇНА / UKRAINE**

*EXECUTION COPY*
*/ПРИМІРНИК ДЛЯ ПІДПИСАННЯ*

# MORTGAGE AGREEMENT

between

**OPEN JOINT STOCK COMPANY WADAN YARDS OKEAN**

as Mortgagor

and

**POIZANTER HOLDINGS LTD**

as Mortgagee

---

# ДОГОВІР ІПОТЕКИ

між

**ВІДКРИТИМ АКЦІОНЕРНИМ ТОВАРИСТВОМ "ВАДАН ЯРДС ОКЕАН"**

як Іпотекодавцем

та

**"ПОЙЗАНТЕР ХОЛДІНГЗ ЛТД"**

як Іпотекодержателем

---

10 червня 2010 / June 10, 2010 року

  

Увага! Бланк містить багатоступеневий захист від підроблення.

| ДОГОВІР ІПОТЕКИ | MORTGAGE AGREEMENT |
|---|---|
| Цей ДОГОВІР ІПОТЕКИ ("Договір") укладений 10 червня дві тисячі десятого року у місті Миколаїв, Україна, між: | This MORTGAGE AGREEMENT (the "Agreement") is entered into on June 10 in the year two thousand and ten, in the city of Mykolaiv, Ukraine, by and between: |
| ВІДКРИТИМ АКЦІОНЕРНИМ ТОВАРИСТВОМ "ВАДАН ЯРДС ОКЕАН" (ідентифікаційний код 14307653), юридичною особою, зареєстрованою та існуючою за законодавством України ("Іпотекодавець"), що має місцезнаходження за адресою: Заводська площа 1, м. Миколаїв, Україна, 54050, в особі його Генерального директора п. Романчука Миколи Павловича, ідентифікаційний номер 2092702270, зареєстрований за адресою: місто Миколаїв, провулок Бели Куна, будинок №6, який діє на підставі Статуту, зареєстрований виконкомом Миколаївської міської ради 15.09.2009 року за №152210500090001478 та Протоколу Наглядової Ради товариства No. 9 /05 /2010 від 11 травня 2010 року; та | OPEN JOINT STOCK COMPANY WADAN YARDS OKEAN (identification code 14307653), a legal entity incorporated and existing under the laws of Ukraine (the "Mortgagor") and having its registered office at 1 Zavodska Ploshcha, city of Mykolaiv, 54050, Ukraine, represented by represented by its General Director, Mr. Romanchuk Mykola Pavlovych, identification number 2092702270, having its registered address at: city of Mykolaiv, 6 Bely Kuna street acting acting pursuant to Charter of the Company, registered by the executive committee of the Mykolaiv city council on 15 September 2009 under no. 152210500090001478 and Minutes of the Supervisory Board of the company No. 9 /05 /2010 dated May 11, 2010; and |
| "ПОЙЗАНТЕР ХОЛДІНГЗ ЛТД" (реєстраційний номер НЕ 249122), юридичною особою, зареєстрованою та існуючою за законодавством Республіки Кіпр ("Іпотекодержатель"), що має місцезнаходження за адресою: вул. Кімонос 43А, П.С. 3095, Лімассол, Кіпр в особі Бородчука Максима Анатолійовича, ідентифікаційний номер 3115907234, зареєстрований за адресою: місто Львів, вулиця Банківська, будинок №3, квартира №12а, що діє на підставі довіреності виданої Іпотекодержателем 5 травня 2010 року у м. Лімассол, Кіпр, апостильованої В. Іоанну, № 131156/10, 7 травня 2010 року у м. Нікосія, Кіпр. | POIZANTER HOLDINGS LTD, (with registered number HE 249122) a legal entity incorporated and existing under the laws of Cyprus (the "Mortgagee") and having its registered office at 43A Kimonos, P.C. 3095, Limassol, Cyprus represented by Maksym Anatoliyovych Borodchuk, identification number 3115907234, having its registered address: city of Lviv, 3 Bankova street, apartment 12a, acting on the basis of the Power of Attorney, issued by the Mortgagee on May 5, 2010 in the city of Limassol, Cyprus, apostiled by V. Ioannou, No. 131156/10 on May 7, 2010 in the city of Nicosia, Cyprus. |
| Іпотекодавець та Іпотекодержатель інколи надалі іменуються разом "Сторони" і кожен окремо – "Сторона". | The Mortgagor and the Mortgagee are hereinafter sometimes collectively referred to as the "Parties", and each individually as a "Party". |
| ПРЕАМБУЛА | RECITALS |
| А. Оскільки Іпотекодержатель прийняв на себе всі права та зобов'язання Кредитора по відношенню до Іпотекодавця за нижчезазначеними Договорами Строкової Кредитної Лінії, сторонами яких є Іпотекодавець: | A. Whereas the Mortgagee has assumed all rights and obligations of the Lender with respect to the Mortgagor under the following Loan Facility Agreements to which the Mortgagor is a party: |
| 1. Договір строкової кредитної лінії № 1 від 19 травня 2009 року, з подальшими змінами та доповненнями до нього, внесеними відповідними додатковими угодами, сукупна сума кредиту за яким не перевищує 15 000 000 (п'ятнадцять мільйонів) Євро ("Договір Строкової Кредитної лінії № 1"); | 1. Loan Facility Agreement No. 1, dated May 19, 2009, as subsequently amended by respective additional agreements for the total facility amount not exceeding 15,000,000 (fifteen millions) EUR (the "Facility Agreement No. 1"); |
| 2. Договір строкової кредитної лінії № 5 від 14 червня 2007, з подальшими змінами та доповненнями до нього, внесеними відповідними додатковими угодами, сукупна сума кредиту за яким не перевищує 45 000 000 (сорок п'ять мільйонів) Євро ("Договір Строкової | 2. Loan Facility Agreement No. 5, dated June 14, 2007, as subsequently amended by respective additional agreements for the total facility amount not exceeding 45,000,000 (forty five millions) EUR (the "Facility Agreement No. 5"). |

2

Для перевірки дійсності бланка натисніть пальцем або будь-яким чином нагрійте бланк. Малюнок зверху має тимчасово зникнути, у нижніх кутах – тимчасово з'явитися. У смужці, що розташована внизу, має з'явитися слово "Дійсний".

УКРАЇНА | UKRAINE

| Ukrainian | English |
|---|---|
| Кредитної лінії № 5"). | |
| Всі Договори Строкової Кредитної Лінії надалі – Кредитні Договори. | All Loan Facility Agreements are collectively referred to as Facility Agreements. |
| B. Для забезпечення повернення Позичальником всіх сум, належних до сплати Іпотекодержателю за Кредитним Договором, Іпотекодавець погодився надати в першочергову іпотеку Предмет Іпотеки (за визначенням цього терміну) на умовах, визначених у цьому Договорі. | B. In order to secure repayment by the Borrower of a part of the amounts owing to the Mortgagee pursuant to the Facility Agreement, the Mortgagor agreed to grant a first ranking mortgage over the Collateral (as further defined) on the terms and conditions set forth herein. |
| ВИХОДЯЧИ З ВИЩЕЗАЗНАЧЕНОГО, Сторони цього Договору домовляються про таке: | NOW, THEREFORE, the Parties hereto agree as follows: |
| **СТАТТЯ 1** | **ARTICLE 1** |
| **ВИЗНАЧЕННЯ** | **DEFINITIONS** |
| 1.1 Якщо контекстом не вимагається інше, терміни з великої літери, що іншим чином не визначені в цьому Договорі, мають відповідні значення, надані їм у Кредитному Договорі. | 1.1 Unless the context otherwise requires, capitalised terms not otherwise defined in this Agreement shall have the respective meanings given to them in the Facility Agreement. |
| 1.2 В цьому Договорі нижчезазначені терміни з великої літери мають такі значення: | 1.2 In this Agreement, the following capitalised terms shall have the following meanings: |
| "Фактична Вартість" має значення, наведене у Пункті 5.2.5. | "Actual Value" has the meaning stated in Clause 5.2.5. |
| "Договір" означає цей Договір Іпотеки, разом з будь-якими змінами та доповненнями, що можуть бути внесені в нього у той чи інший момент. | "Agreement" means this Mortgage Agreement, as it may be amended from time to time. |
| "Чинне Законодавство" означає всі закони, декрети, укази, положення, розпорядження, накази та інші нормативні акти України або будь-якого Органу Державної Влади України (як цей термін визначено нижче), а також будь-які міжнародні договори, що мають зобов'язальну силу для України | "Applicable Law" means all laws, decrees, edicts, regulations, instructions, orders and other normative acts of Ukraine or any Ukrainian Governmental Authority (as this term defined herein below), and any international treaties binding on Ukraine. |
| "Дозволи" означає будь-яке уповноваження, дозвіл, згоду, затвердження, рішення, ліцензію, виняток, подання заяви, нотаріальне засвідчення або реєстрацію. | "Authorisations" means any authorisation, permit, consent, approval, resolution, license, exemption, filing, notarisation or registration. |
| "Робочий День" означає день (крім суботи та неділі), в який банки відкриті для здійснення звичайної діяльності на Кіпрі та в м.Києві (Україна). | "Business Day" means a day (other than a Saturday or Sunday) on which banks are open for general business in the Republic of Cyprus and city of Kyiv, Ukraine. |
| "Предмет Іпотеки" означає нерухоме майно, зазначене в Пункті 2.2, та будь-яку його частину, що повністю передається в іпотеку відповідно до цього Договору. | "Collateral" means the object of immovable property, as described in Clause 2.2, and any portion thereof, all of which are mortgaged pursuant to this Agreement. |
| "Договір Продажу Предмету Іпотеки" має значення, наведене в Пункті 5.2.2(а). | "Collateral Sale Agreement" has the meaning stated in Clause 5.2.2(a). |
| "Випадок Невиконання Зобов'язань" означає будь-яку подію або обставину, що становлять випадок невиконання зобов'язань згідно з умовами Кредитного Договору, а також події та обставини, зазначені у Пунктах 5.1.4 | "Event of Default" means any event or circumstance which constitutes an event of default under the terms of the Facility Agreement and those events and circumstances specified in Clauses 5.1.4 and 5.1.5. |
| "Витрати" оз... витрати ... ... чи | "Expenses" means all expenses, costs, charges or fees |



3

| | |
|---|---|
| збори (в тому числі, без обмеження, гонорари за послуги юристів та інші витрати на юридичні послуги і судові витрати), сплата яких вимагається від Іпотекодавця за цим Договором та/або які можуть бути понесені Іпотекодержателем в будь-який час у зв'язку із створенням, реєстрацією, утриманням, та примусовим виконанням Іпотеки, або зверненням стягнення, реалізацією, продажем, передачею та/або оцінкою Предмету Іпотеки, а також всі стягнення, податки, гербові збори та державні збори, нотаріальні мита та витрати на переклад, витрати на утримання і збереження Предмета Іпотеки або його частини, витрати на страхування Предмету Іпотеки, збитки завдані порушенням Кредитних Договорів та/чи цього Договору Іпотеки, а також будь-які інші витрати, понесені Іпотекодержателем у зв'язку з укладанням, втіленням, виконанням та/або здійсненням цього Договору та Кредитного Договору. | (including, without limitation, attorneys fees and other legal expenses and court costs) which the Mortgagor is required to pay under this Agreement and/or which the Mortgagee may incur at any time in connection with the creation, registration, maintenance or enforcement of the Mortgage, or the foreclosure, realisation, sale, transfer and/or valuation of the Collateral, as well as all charges, taxes, stamp and state duties, notary and translation fees, Collateral or its part maintenance and security expenses, expenses related to Collateral insurance, damages arising out of default under Facility Agreements and/or this Mortgage Agreement and any other similar expenses whatsoever incurred by the Mortgagee in connection with the execution, implementation, performance and/or enforcement of this Agreement and the Facility Agreements. |
| "Кредитні Договори" має значення, наведене в абзаці (А) Преамбули цього Договору. | "Facility Agreements" has the meaning stated in Recital A of this Agreement. |
| "Справедлива Ринкова Вартість" має значення, наведене в Пункті 5.2.1(a). | "Fair Market Value" has the meaning stated in Clause 5.2.1(a). |
| "Схвалення Органу Державної Влади" означає будь-який Дозвіл будь-якого Органу Державної Влади. | "Governmental Approval" means any Authorisation from, by or with a Governmental Authority. |
| "Орган Державної Влади" означає будь-який орган влади, в тому числі будь-який державний, територіальний, міський або інший місцевий орган влади, та будь-який підрозділ такого органу влади, в тому числі будь-яке міністерство, управління або установу (у тому числі суди та судові органи), а також будь-яку іншу установу, агентство, орган або юридичну чи фізичну особу, яка здійснює функції органу державної влади будь-якого виду, та, відносно Органу Державної Влади України, включає всі органи державної влади та державної адміністрації, а також всі органи будь-якої адміністративно-територіальної одиниці. | "Governmental Authority" means any government, including any national, territorial, city, or other local government, and any part of such government, including any ministry, department or agency (including courts or judicial agencies), and any other agency, instrumentality, body or natural or legal entity exercising governmental authority of any kind and, with respect to a Ukrainian Governmental Authority, includes all organs of state power and state administration and those of any administrative-territorial structure. |
| "Сторона-Одержувач Відшкодування" має значення, наведене у Пункті 7.7. | "Indemnified Party" has the meaning stated in Clause 7.7. |
| "Іпотека" має значення, надане у Пункті 2.1. | "Mortgage" has the meaning stated in Clause 2.1. |
| "Закон про Іпотеку" означає Закон України "Про Іпотеку" № 898-IV від 5 червня 2003 року, із змінами та доповненнями. | "Mortgage Law" means the Law of Ukraine "On Mortgages", No. 898-IV, dated June 5, 2003 as amended. |
| "Статут Іпотекодавця" означає дійсну на даний час редакцію Статуту Іпотекодавця, затверджену Загальними зборами акціонерів Іпотекодавця 15 вересня 2009 року (протокол № 9 від 9 вересня 2009), зареєстровану державним реєстратором виконавчого комітету Миколаївської міської ради 15 вересня 2009 року (номер запису 15221050009001478), з усіма подальшими змінами, доповненнями та поновленнями. | "Mortgagor's Charter" means the currently effective version of the Charter of the Mortgagor, approved by the General Meeting of Shareholders of the Mortgagor on September 15, 2009 (Minutes No. 9 dated September 9, 2009), registered by the State Registrar of the Executive Committee of the Mykolaiv City Council on September 15, 2009 (entry number 15221050009001478), as the same may be further amended, modified or restated. |
| "Повідомлення про Невиконання Зобов'язань" означає повідомлення, надіслане Іпотекодержателем Іпотекодавцю, істотно у формі Додатку А до цього | "Notice of Default" means a notice sent by the Mortgagee to the Mortgagor substantially in the form attached as Schedule A hereto, specifying the basis and |

4

Для перевірки дійсності бланка натисніть пальцем або будь-яким чином нагрійте бланк. Малюнок зверху має тимчасово зникнути, у нижніх кутах – тимчасово з'явитися. У смужці, що розташована внизу, має з'явитися слово "Дійсний".

УКРАЇНА | UKRAINE

Договору, що зазначає підстави та метод примусового виконання, період часу для примусового виконання, період для відстрочки, якщо вона надається, та іншу інформацію, як може вимагатись Чинним Законодавством.

"Реєстр Заборон Відчуження" означає Єдиний реєстр заборон відчуження об'єктів нерухомого майна, який передбачений Положенням про Єдиний реєстр заборон відчуження об'єктів нерухомого майна, затвердженим Наказом Міністерства юстиції України № 31/5 від 9 червня 1999 року та зареєстрованим Міністерством юстиції України 10 червня 1999 року за номером реєстрації 364/3657.

"Забезпечені Зобов'язання" має значення, надане у Пункті 2.4.

"Період Забезпечення" означає період, який починається з дати укладення цього Договору, що включає таку дату, та продовжується до дати, в яку (і) всі Забезпечені Зобов'язання повністю виконані і (ii) не залишилося жодних сум, несплачених Іпотекодержателю за цим Договором або Кредитним Договором, що підтверджується в обох випадках Іпотекодержателем.

"Державний Реєстр Нерухомого Майна" означає Державний реєстр прав на нерухоме майно та їх обмежень, який передбачений Законом України "Про державну реєстрацію речових прав на нерухоме майно та їх обмежень" № 1952-IV від 1 липня 2004 року.

"Державний Реєстр Іпотек" означає Державний реєстр іпотек, як передбачено Тимчасовим порядком державної реєстрації іпотек, затвердженим Постановою Кабінету Міністрів України № 410 від 31 березня 2004 року, або Державний Реєстр Нерухомого Майна після того, як такий Державний Реєстр Нерухомого Майна буде заснований та набере чинності в Україні.

"Набувач-Третя Сторона" має значення, наведене у Пункті 5.2.2(а).

"Реєстрація Права Власності" означає реєстрацію права власності на об'єкт нерухомого майна у відповідності з Чинним Законодавством відповідним Органом Державної Влади.

"Документ про Реєстрацію Права Власності" означає чинну та дійсну офіційну заяву, чинне та дійсне офіційне свідоцтво або інший документ, виданий компетентним Органом Державної Влади у встановленому порядку у відповідності з Чинним Законодавством, який засвідчує Реєстрацію Права Власності.

1.3 У цьому Договорі, якщо інше не випливає з його контексту:

(а) заголовки тільки для зручності користування    ть на значення цього

the method of the enforcement, enforcement time frame, grace periods, if any, and other information as may be required by Applicable Law.

"Register of Prohibitions on Alienation" means the Unified Register of Prohibitions on Alienation of Objects of Immovable Property, as provided by the Regulations on the Unified Register of Prohibitions on Alienation of Objects of Immovable Property, approved by the Resolution of the Ministry of Justice of Ukraine No. 31/5, dated June 9, 1999 and registered by the Ministry on June 10, 1999, registration No. 364/3657.

"Secured Obligations" has the meaning stated in Clause 2.4.

"Security Period" means the period from and including the date of this Agreement to the date on which (i) all of the Secured Obligations have been satisfied in full and (ii) no sum remains payable to the Mortgagee under this Agreement or the Facility Agreement, in each case as confirmed by the Mortgagee.

"State Register of Immovable Property" means the State Register of Rights to Immovable Property and Their Limitations, as provided by the Law of Ukraine "On the State Registration of Rights to Immovable Property and Their Limitations", No. 1952-IV, dated July 1, 2004.

"State Register of Mortgages" means the State Register of Mortgages, as provided by the Temporary Procedure for the State Registration of Mortgages, approved by Resolution of the Cabinet of Ministers of Ukraine No. 410, dated March 31, 2004, or the State Register of Immovable Property, once such State Register of Immovable Property is established and become operational in Ukraine.

"Third Party Transferee" has the meaning specified in Clause 5.2.2(a).

"Title Registration" means the registration of ownership rights to an object of immovable property in accordance with Applicable Law by a proper Governmental Authority.

"Title Registration Document" means the current and valid official statement, certificate or other document issued by competent Governmental Authority pursuant to proper procedure in accordance with Applicable Law and attesting a Title Registration.

1.3 In this Agreement, unless the context otherwise requires:

(a) headings are for convenience only and do not



5

Увага! Бланк містить багатоступеневий захист від підроблення.

МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ

| | |
|---|---|
| Договору; | affect the interpretation of this Agreement; |
| (b) слова в однині включають ці ж слова в множині і навпаки; | (b) words denoting the singular include the plural and vice versa; |
| (c) посилання на особу включає посилання на будь-яку фізичну або юридичну особу та будь-який Орган Державної Влади; | (c) a reference to a person includes a reference to any individual or legal entity and any Governmental Authority; |
| (d) посилання на конкретну Статтю, Пункт або Додаток є, якщо не зазначене інше, посиланням на відповідні Статтю чи Пункт цього Договору або Додаток до нього; | (d) a reference to a specific Article, Clause or Schedule is, unless otherwise stated, a reference to that specified Article or Clause hereof or Schedule hereto; |
| (e) посилання на будь-який договір або документ є посиланням на такий договір або документ із відповідними змінами й доповненнями, але за виключенням тих змін та доповнень, що здійснені з порушенням цього Договору; та | (e) a reference to any agreement or document is a reference to that agreement or document as may be amended or supplemented, however, to the exclusion of any amendments and supplements made in breach of this Agreement; and |
| (f) посилання на сторону будь-якого документу включає правонаступників і дозволених цесіонаріїв такої сторони. | (f) a reference to a party to any document includes that party's successors and permitted assigns. |

| СТАТТЯ 2 | ARTICLE 2 |
|---|---|
| ПРЕДМЕТ ДОГОВОРУ. | SUBJECT OF THE AGREEMENT. |
| ІПОТЕКА: ЗАГАЛЬНІ УМОВИ | MORTGAGE: GENERAL TERMS |

| | |
|---|---|
| 2.1 Надання Іпотеки Іпотекодавцем. Для забезпечення належного та своєчасного виконання Іпотекодавцем Забезпечених Зобов'язань, визначених у Пункті 2.3 цього Договору, Іпотекодавець цим передає Іпотекодержателю в першочергову іпотеку з найвищим пріоритетом ("Іпотека") весь Предмет Іпотеки, визначений у Пункті 2.2 Договору нижче зі всіма його приналежностями. Всі поліпшення Предмету Іпотеки вважаються частиною Предмету Іпотеки та передаються в іпотеку на користь Іпотекодержателя відповідно до цього Договору. Заставні впродовж строку дії цього Договору не видаються. | 2.1 Mortgagor's Grant of Mortgage. As security for the proper and timely performance by the Mortgagor of the Secured Obligations as defined in Clause 2.4 hereof, the Mortgagor hereby grants to the Mortgagee a first-ranking Mortgage (the "Mortgage") over all of the Collateral with all its parts/attachments specified in Clause 2.2 below. All improvements to the Collateral shall be deemed to be part of the Collateral and mortgaged in favour of the Mortgagee under this Agreement. During the term of this Agreement, no mortgage bond shall be issued. |
| 2.2 Предмет Іпотеки. Предметом Іпотеки є таке нерухоме майно Іпотекодавця: | 2.2 The Collateral. The Collateral shall be the following immovable property of the Mortgagor: |
| 1. Будівлі та ін. об'єкти нерухомого майна, перелічені у Додатку B до цього Договору іпотеки ("Будівлі та споруди"). | 1. Buildings and other real estate objects, as specified in Schedule B to this Mortgage Agreement ("Buildings and Constructions"). |
| 2. Квартири, опис та перелік яких знаходиться в Додатку C до цього Договору іпотеки ("Квартири"). | 2. Apartments, details and list of which is specified in Schedule C to this Mortgage Agreement ("Apartments"). |
| 3. Нерухоме майно бази відпочинку "Золотий пляж", детально описане в Додатку D до цього Договору іпотеки ("База відпочинку"). | 3. Real estate of the recreation facility "Zolotyi plyazh", as detailed in Schedule D to this Mortgage Agreement ("Recreation Facility"). |
| 4. Земельна ділянка площею 101,4862 га, детально описана в Додатку E до цього Договору іпотеки ("Земельна ділянка"), на якій знаходяться Будівлі та Споруди. | 4. Land plot of the total size of 1 014 862 sq.m., as described in Schedule E to this Mortgage Agreement ("Land Plot"), where the Buildings and Constructions are located. |
| Будівлі та споруди, Квартири, База відпочинку та | Buildings and Constructions, Apartments, Recreation |

6



УКРАЇНА | UKRAINE

Земельна ділянка, разом складають Предмет Іпотеки, а кожен окремо становлять частину Предмета Іпотеки.

Facility and Land Plot jointly constitute the Collateral and each separately considered as part of the Collateral.

2.3 <u>Вартість Предмету Іпотеки</u>. Загальна вартість Предмета Іпотеки, узгоджена Сторонами, дорівнює 99 985 333,00 (дев'яносто дев'ять мільйонів дев'ятсот вісімдесят п'ять тисяч триста тридцять три) грн. 00 коп., що підтверджується:

2.3 <u>Value of Collateral</u>. The total value of the Collateral, as agreed by the Parties, is equal to UAH 99 985 333,00 (ninety nine millions nine hundred eighty five thousand three hundred thirty three) hryvnias and 00 kopeyeks as evidenced by:

а) Звітом № О-020-10 про експертну грошову оцінку землі, здійсненого ТОВ фірма "Форкіс", код ЄДРПОУ 13851685, від 1 квітня 2010 року;

a) Report № O-020-10 on Expert Monetary Valuation of the land, conducted by LLC firma "Forkis", identification code 13851685, dated April 1, 2010;

б) Довідкою Іпотекодавця від 10 червня 2010 року про залишкову вартість майна, що передається в іпотеку станом на 1 червня 2010 р. за групами – Будівлі і споруди, Квартири, База відпочинку, Земельна ділянка.

b) Statement of the Mortgagor dated June 10, 2010 on the remaining balance value of the property being mortgaged as at June 1, 2010 grouped – Buildings and Constructions, Apartments, Recreation Facility, Land Plot.

Загальна вартість Предмету Іпотеки становить еквівалент 10,514,105.06 (десять мільйонів п'ятсот чотирнадцять тисяч сто п'ять євро та 6 євроцентів) за офіційним курсом, встановленим Національним банком України на дату укладення цього Договору, який становить 950,9638 гривень за 100 євро.

Value of the Collateral constitutes EUR 10,514,105.06 (ten million five hundred and fourteen thousand one hundred and five euro and six eurocents) which is equivalent according to the official exchange rate established by the National Bank of Ukraine on the date hereof that constitutes 950.9638 UAH for 100 EUR.

Для уникнення сумнівів, Сторони цього Договору прямо погоджуються, що така вартість в жодному разі не зменшує прав Іпотекодержателя на отримання повної оплати Забезпечених Зобов'язань.

For the avoidance of doubt, the Parties hereto expressly agree that such value shall not prejudice in any manner the rights of the Mortgagee to receive payment of the Secured Obligations in full.

2.4 <u>Забезпечені Зобов'язання</u>.

2.4 <u>Secured Obligations</u>.

2.4.1 Цей Договір та створена за цим Договором Іпотека забезпечують сплату та виконання Іпотекодавцем всіх Забезпечених Зобов'язань у межах суми, визначеної у Пункті 2.4.2 (разом – "**Забезпечені Зобов'язання**"):

2.4.1 This Agreement and the Mortgage created hereby secure the payment and performance by the Mortgagor of all of the Secured Obligations within the amount set forth in Clause 2.4.2 (collectively, the "**Secured Obligations**"):

(а) будь-якої частини всіх платіжних зобов'язань на суму, визначену у Пункті 2.4.2 цього Договору, які в будь-який час підлягають сплаті, є заборгованими або були прийняті на себе Позичальником за Кредитними Договорами на користь Іпотекодержателя, існуючих або майбутніх, у тому числі, без обмеження, щодо сплати всіх основних сум, процентів та будь-яких комісійних, зборів, відшкодувань або інших платежів, належних до сплати Іпотекодавцем за Кредитними Договорами (при настанні строку оплати, в результаті скорочення строку платежу або іншим чином), у межах, визначених у Пункті 2.4.2; та

(a) a part of all payment obligations in the amount determined in Clause 2.4.2 hereof, at any time due, owing or incurred by the Borrower under the Facility Agreements in favour of the Mortgagee, whether present or future, including, without limitation, the payment of all principal, interest, and any premia, fees, indemnities or other payments due from the Mortgagor under the Facility Agreements (whether at stated maturity, as a result of acceleration or otherwise) within the limits set forth by Clause 2.4.2; and

(б) сум відшкодування Іпотекодержателю будь-яких та всіх Витрат, понесених Іпотекодержателем у зв'язку з Кредитними Договорами та/або цим Договором, в межах, визначених у Пункті 2.4.2.

(b) reimbursement to the Mortgagee of any and all Expenses incurred by the Mortgagee in connection with the Facility Agreements and/or this Agreement within the limits set forth by Clause 2.4.2.

2.4.2 Сторони погоджуються з тим, що максимальна сума Забезпечених Зобов'язань становить загальну суму кредитів в 60 000 000 EUR (шістдесят мільйонів євро), що на дату цього Договору становить еквівалент 570 578 280,00 (п'ятсот сімдесят

2.4.2 The Parties hereby agree that the maximum amount of the Secured Obligations is 60,000,000 (sixty million) EUR, that as of the date of this Agreement constitutes the equivalent of 570,578,280.00 (five hundred seventy million five hundred seventy eight

7

мільйонів п'ятсот сімдесят вісім тисяч двісті вісімдесят) гривень, за офіційним курсом, встановленим Національним банком України на дату укладення цього Договору та суму відсотків, що підлягають сплаті за весь час фактичного користування кредитними коштами за Кредитними Договорами.

thousand and two hundred and eighty) UAH which is equivalent according to the official exchange rate established by the National Bank of Ukraine on the date hereof and the amount of accumulated interest that are due for the overall term of the actual use of the funds under the Facility Agreements.

2.4.3  Кожне Забезпечене Зобов'язання має такий строк та умови, які визначені для нього у Кредитних Договорах. Цей Договір Іпотеки продовжує мати юридичну силу упродовж усього строку дії кожного з Кредитних Договорів, до повного виконання всіх Забезпечених Зобов'язань (**"Період Забезпечення"**).

2.4.3  Each of the Secured Obligations shall have such terms and conditions as set forth in the Facility Agreements. This Mortgage Agreement shall remain in full force and effect for the entire term of the each of the Facility Agreements until all of the Secured Obligations have been satisfied in full (the "**Security Period**").

2.5  Черговість Іпотеки. Після реєстрації Іпотеки, як вимагається Пунктом 2.6 нижче, Іпотека є першочерговим обтяженням найвищого пріоритету щодо Предмета Іпотеки, що надає Іпотекодержателю право звернути стягнення на Предмет Іпотеки та отримати задоволення Забезпечених Зобов'язань за рахунок Предмету Іпотеки переважно перед іншими кредиторами Іпотекодавця та іншими обтяжувачами по Предмета Іпотеки, при цьому пріоритет надається лише таким вимогам, яким така пріоритетність надається в силу Чинного Законодавства. Іпотекодавець визнає, що наміром Сторін цього Договору є надання пріоритету Іпотеці над вимогами будь-якої іншої особи, забезпеченими або не забезпеченими іпотекою або іншим обтяженням на Предмет Іпотеки.

2.5  Rank of Mortgage. Upon registration of the Mortgage, as required by Clause 2.6 below, the Mortgage shall be a first-ranking security of the highest priority over the Collateral entitling the Mortgagee to foreclose upon the Collateral and to obtain satisfaction of the Secured Obligations at the account of the Collateral before other creditors of the Mortgagor and other security holders with respect to the Collateral, subject only to claims given priority by operation of Applicable Law. The Mortgagor acknowledges that it is the intention of the Parties hereto that the Mortgage shall have priority over the claims of any other person whether or not secured by a mortgage or other lien over the Collateral.

2.6  Реєстрація.

2.6  Registration.

2.6.1  Для надання повної сили та чинності Іпотеці в якості першочергового забезпечення та для забезпечення того, що Іпотека була повністю та належним чином створена у спосіб, передбачений цим Договором:

2.6.1  In order to give full effect and validity to the Mortgage as a first-ranking security, and to ensure that the Mortgage is fully and properly established in the manner contemplated by this Agreement:

(a)  Цей Договір посвідчується нотаріально;

(a)  This Agreement shall be certified by a notary;

(b)  Відповідно до чинного законодавства України Іпотекодержатель зобов'язаний зареєструвати цю Іпотеку в Державному Реєстрі Іпотек, а Іпотекодавець - в Державному Реєстрі Нерухомого Майна після того як цей реєстр буде створено в Україні, та зареєструвати у будь-якому іншому обов'язковому для реєстрації реєстрі, або у реєстрі, який буде вказано Іпотекодержателем протягом терміну дії даного Договору, за умови, що Іпотекодавець буде уповноважений Іпотекодержателем на здійснення такої реєстрації згідно з Чинним Законодавством. Іпотекодавець зобов'язаний надавати Іпотекодержателю всю допомогу, якої вимагатиме Іпотекодержатель для цілей такої реєстрації, за умови, що необхідність та можливість вчинення таких дій будуть передбачені Чинним Законодавством, що діятиме на той час;

(b)  The Mortgagee shall, in accordance with applicable Ukrainian legislation, register this Mortgage in the State Register of Mortgages, and the Mortgagor shall register this Mortgage in the State Register of Immovable Property, upon such Register becoming operational in Ukraine, or register in any other required register or other register as requested by the Mortgagee during the period of validity of this agreement, provided that the Mortgagor will be authorised by the Mortgagee to complete such registrations under Applicable Law. The Mortgagor shall provide the Mortgagee with all assistance requested by the Mortgagee for purposes of such registration, provided that such actions are necessary and practicable under then Applicable Law;

(c)  Іпотекодавець, одночасно з укладанням цього Договору або негайно після його укладення надасть Іпотекодержателю витяг з Реєстру Заборон Відчуження, що підтверджує належну реєстрацію накладеної згідно з цим Договором заборони на відчуження Предмета Іпотеки, за формою та змістом, що встановлені Чинним

(c)  The Mortgagor shall, concurrently with or immediately upon execution of this Agreement deliver to the Mortgagee an extract from the Register of Prohibitions on Alienation confirming the due registration of the prohibition on alienation of Collateral imposed pursuant to this Agreement, in the

8

| | |
|---|---|
| Законодавством; | form and substance established by Applicable Law; |
| (d) У тій мірі, у якій це передбачено Чинним Законодавством, Іпотекодавець зобов'язаний невідкладно, за свій власний рахунок, оформити всі необхідні довідки, надати всі необхідні довіреності та оформити всі інші документи, отримати всі Дозволи та Схвалення Органів Державної Влади, здійснити будь-які реєстрації, нотаріальні засвідчення, подання, формальності та інші дії, що є необхідним або бажаними або здійснення яких Іпотекодержатель може обґрунтовано вимагати для укладення, оформлення та забезпечення наявності в будь-який час впродовж Періоду Забезпечення чинної, дійсної, зобов'язальної, зареєстрованої та такої, що може бути здійснена в примусовому порядку, першочергової Іпотеки на Предмет Іпотеки на користь Іпотекодержателя, та для того, щоб іншим чином захищати інтереси Іпотекодавця та Іпотекодержателя щодо Предмета Іпотеки. | (d) To the extent provided for by Applicable Law, the Mortgagor shall promptly execute, authorise and complete, at its sole cost and expense, all necessary certificates, powers of attorney and other documents, obtain all Authorisations and Governmental Approvals, and carry out any and all registrations, notarisations, filings, formalities and other actions necessary or desirable, or as the Mortgagee may reasonably request, to execute, perfect and maintain at all times during the Security Period a valid, legal, binding, registered and enforceable first-ranking Mortgage over the Collateral in favour of the Mortgagee and to otherwise protect the interests of the Mortgagor and the Mortgagee in and to the Collateral. |
| 2.6.2 У випадку, якщо вимоги Чинного Законодавства відносно реєстрації або подання документів на реєстрацію будуть змінені або доповнені, або якщо зміниться організаційно-правова форма або назва Іпотекодавця, Іпотекодавець погоджується невідкладно та за свій власний рахунок оформити та надати всі додаткові документи або угоди та здійснити всі додаткові дії, які можуть бути необхідними, або які Іпотекодержатель може обґрунтовано вимагати, для реєстрації, обліку та захисту першочергової Іпотеки, створеної за цим Договором, для того, щоб Іпотекодержатель міг здійснити свої права та скористатися засобами правового захисту за цим Договором щодо Предмету Іпотеки. Будь-які видатки або витрати, що випливають із вищезазначених дій (включаючи витрати, понесені Іпотекодержателем), покриваються Іпотекодавцем. | 2.6.2 In the event that the registration or filing requirements under Applicable Law shall have been amended or modified, or the corporate form or the name of the Mortgagor shall have been changed, then the Mortgagor agrees promptly and at its sole cost and expense to execute and deliver all further documents or agreements and to take all further action that may be necessary or that the Mortgagee may reasonably request in order to register, record and protect the first priority Mortgage created hereunder and to enable the Mortgagee to exercise and enforce its rights and remedies hereunder with respect to the Collateral. Any cost or expense resulting from any of the foregoing actions (including those amounts incurred by the Mortgagee) shall be borne by the Mortgagor. |
| 2.6.3 Сторони погоджуються, що одночасно з нотаріальним посвідченням цього Договору, нотаріус накладає, згідно з чинним законодавством України, заборону на відчуження Предмета Іпотеки, шляхом внесення відомостей про таку заборону до Реєстру Заборон Відчуження та надає Іпотекодержателю витяг з цього реєстру, що свідчить про накладення заборони на відчуження Предмету Іпотеки. Така заборона на відчуження зберігає чинність упродовж всього строку дії цього Договору і припиняється лише у разі доставки Іпотекодержателем нотаріусу письмового повідомлення про повне виконання всіх Забезпечених Зобов'язань та/або про припинення Кредитних Договорів чи цього Договору. Іпотекодержатель зобов'язаний надати таке повідомлення нотаріусу упродовж 30 (тридцяти) Робочих Днів з дати повного виконання всіх Забезпечених Зобов'язань та/або припинення всіх Кредитних Договорів чи цього Договору, залежно від конкретного випадку. | 2.6.3 The Parties hereby agree that, when certifying this Agreement, a notary shall impose, in accordance with applicable legislation of Ukraine, the prohibition on alienation of the Collateral by entering information on such prohibition into the Register of Prohibitions on Alienation and providing the Mortgagee with an extract from such register evidencing the imposition of prohibition on alienation of Collateral. Such prohibition on alienation shall be in effect throughout the term of this Agreement, and shall be lifted only upon delivery by the Mortgagee to the notary of a written confirmation that all of the Secured Obligations have been discharged in full and/or that the Facility Agreements or this Agreement has been terminated. The Mortgagee shall deliver such notice to the notary within 30 (thirty) Business Days of full discharge of the Secured Obligations and/or termination of all Facility Agreements or this Agreement, as applicable. |
| 2.6.4 Державне мито, плату за нотаріальні послуги та інші витрати, пов'язані із нотаріальним посвідченням Договору та [...] Іпотеки в усіх відповідних державних ре[...] до цього Пункту 2.6, | 2.6.4 The state duty, fee for notarisation services and other expenses in connection with the notarial certification of the Agreement and registration of the Mortgage in all relevant state registers according to this |

9