SKAKEL DECLARATION
EXHIBIT L

| | |
|---|---|
| ДОГОВІР ЗАСТАВИ МАЙНОВИХ ПРАВ НА ПОТОЧНІ РАХУНКИ | RIGHTS TO OPERATING ACCOUNTS PLEDGE AGREEMENT |
| між | between |
| ВАТ "ВАДАН ЯРДС ОКЕАН" | OJSC "WADAN YARDS OKEAN" |
| як Заставодавцем | as Pledgor |
| та | and |
| "ПОЙЗАНТЕР ХОЛДІНГЗ ЛТД" | POIZANTER HOLDINGS LTD |
| як Заставодержателем | as Pledgee |
| від 10 червня 2010 року | dated June 10, 2010 |

KYIV - 24682.07

| | |
|---|---|
| ДОГОВІР ЗАСТАВИ МАЙНОВИХ ПРАВ НА ПОТОЧНІ РАХУНКИ від 10 червня 2010 (дві тисячі десятого) року укладений в м. Миколаєві, Україна між: | THIS RIGHTS TO OPERATING ACCOUNTS PLEDGE AGREEMENT is made on June 10, 2010 (two thousand ten) in Mykolayiv, Ukraine between |
| (1) Відкритим акціонерним товариством "Вадан Ярдс Океан", товариством, створеним за законодавством України (реєстраційний номер 14307653), місцезнаходження якого: Заводська площа 1, м. Миколаїв, 54050, Україна ("**Заставодавець**"), для цих цілей представленим Генеральним директором Романчуком Миколою Павловичем, який діє на підставі Статуту; та | (1) **OPEN JOINT STOCK COMPANY WADAN YARDS OKEAN**, a legal entity incorporated and existing under the laws of Ukraine, with its registered address at 1 Zavodska Ploshcha, city of Mykolaiv, 54050, Ukraine, identification code 14307653 (the "**Pledgor**"), for these purposes represented by the General Director, Mr. Romanchuk Mykola Pavlovych, acting pursuant to the Charter; and |
| (2) "**ПОЙЗАНТЕР ХОЛДІНГЗ ЛТД**", компанією, створеною за законодавством Республіки Кіпр (реєстраційний номер HE 249122), з місцезнаходженням за адресою: вул. Кімонос 43А, 3095, м. Лімассол, Кіпр ("**Заставодержатель**"), для цілей цього Договору представленим Бородчуком Максимом Анатолійовичем, який діє на підставі довіреності від 3 травня 2010 року. | (2) **POIZANTER HOLDINGS LTD**, a company organized under the laws of the Republic of Cyprus (registration number HE 249122), having its registered offices at Kimonos, 43A, P.C. 3095, Limassol, Cyprus (the "**Pledgee**"), for these purposes represented by Maksym Anatoliyovych Borodchuk acting on the basis of the Power of Attorney issued on May 3, 2010. |
| Заставодержатель та Заставодавець надалі разом називаються "**Сторони**", а окремо – "**Сторона**". | The Pledgor and the Pledgee are hereinafter referred to collectively as the "**Parties**", and individually as a "**Party**". |
| **ОСКІЛЬКИ** | **WHEREAS** |
| (A) Оскільки Заставодержатель прийняв на себе всі права та зобов'язання Кредитора по відношенню до Заставодавця за Договором строкової кредитної лінії №1 від 19 травня 2009 року, з подальшими змінами та доповненнями до нього, внесеними відповідними додатковими угодами; сукупна сума кредиту за яким не перевищує 3 577 762 (три мільйони п'ятсот сімдесят сім тисяч сімсот шістдесят два) Євро та Договором строкової кредитної лінії №5 від 14 червня 2007 року, з подальшими змінами та доповненнями до нього, внесеними відповідними додатковими угодами; сукупна сума кредиту за яким не перевищує 41 931 314 (сорок один мільйон дев'ятсот одна тисяча триста чотирнадцять) Євро ("**Кредитні Договори**"); | (A) Whereas the Pledgee has assumed all rights and obligations of the Lender with respect to the Pledgor under Term Loan Facility Agreement No. 1, dated May 19, 2009, as subsequently amended by respective additional agreements for the total facility amount not exceeding EUR 3,577,762 (three million five hundred seventy seven thousand and seven hundred sixty two Euro) and Term Loan Facility Agreement No. 5, dated June 14, 2007, as subsequently amended by respective additional agreements for the total facility amount not exceeding EUR 41,931,314 (forty one million nine hundred thirty one thousand and three hundred fourteen Euro) (the "**Facility Agreements**"); |
| (B) Заставодавець відкрив та управляє | (B) The Pledgor has opened and operates the |

KYIV - 24682.07

2

Поточними Рахунками, переліченими в Додатку А до цього Договору ("**Заставлені Рахунки**") в Публічному акціонерному товаристві «Райффайзен Банк Аваль» ("**Банк**"); та

(C) Зважаючи на Кредитний Договір та для спонукання Заставодержателя здійснити виплату Заставодавцю за Кредитними Договорами, в залежності від обставин, і для забезпечення виплати Заставодержателю Забезпечених Зобов'язань (як визначено в цьому Договорі), Заставодавець погодився надати в заставу найвищого пріоритету всі майнові права Заставодавця на Заставлені Рахунки та право забезпечення в них, включаючи на всі гроші, депоновані на такому рахунку час від часу, на користь Заставодержателя у відповідності з умовами цього Договору.

**ТАКИМ ЧИНОМ**, зважаючи на достатнє зустрічне задоволення, отримання та адекватність якого цим підтверджено, Заставодержатель та Заставодавець домовились про таке:

**СТАТТЯ 1. ВИЗНАЧЕННЯ ТА ТЛУМАЧЕННЯ**

1.01 <u>Визначення</u>

Терміни з великої літери, які використовуються, але не визначені в цьому Договорі, мають значення, наведені для них у Кредитних Договорах, а нижченаведені терміни мають такі значення:

"**Договір**" означає цей Договір Застави Майнових Прав на Поточні Рахунки, з усіма змінами та доповненнями, що можуть вноситись час від часу, та включає будь-яке посилання на будь-який документ, який змінює будь-які умови цього Договору або становить відмову від них, або який є додатковим до будь-яких умов цього Договору;

"**Чинне Законодавство**" означає будь-який чинний закон, договір, конституцію, зведення законів, законодавчий акт, указ, нормативний акт, норму, положення, судове рішення, наказ, надпис, судову заборону, визначення, ухвалу або інші

Operating Accounts listed in Exhibit A hereto (the "**Pledged Account**") at the Public Joint Stock Company "Raiffeizen Bank Aval" (the "**Bank**"); and

(C) In consideration of, and to induce the Pledgee to make disbursement to the Pledgor under the Facility Agreements, and to secure repayment to the Pledgee of the Secured Obligations (as defined herein), the Pledgor has agreed to grant a first ranking pledge over all of the Pledgor's property rights and interest in and to the Pledged Accounts, including rights to all monies deposited in such account from time to time, in favour of the Pledgee in accordance with the terms of this Agreement.

**NOW, THEREFORE**, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the Pledgor and the Pledgee agree as follows:

**ARTICLE 1. DEFINITIONS AND INTERPRETATION**

1.01 <u>Definitions</u>

Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the Facility Agreements, and the following terms shall have the following meanings:

"**Agreement**" shall mean this Rights to Operating Accounts Pledge Agreement, as may be amended or supplemented from time to time and includes a reference to any document which amends, waives, is supplemental to, novates or is entered into, made or given pursuant to or in accordance with any of the terms of this Agreement;

"**Applicable Law**" shall mean any applicable law, treaty, constitution, statute, legislation, decree, normative act, rule, regulation, judgment, order, writ, injunction, determination, award or other legislative or administrative measure or judicial or arbitral decision in any jurisdiction, which has the

3

KYIV - 24682.07

| | |
|---|---|
| законодавчі або адміністративні заходи або судове чи арбітражне рішення в будь-якій юрисдикції, що мають силу закону, включаючи, без обмеження, закон про Заставу; | force of law, including, without limitation, the Pledge Law; |
| "Повноважний Орган" будь-який національний, наднаціональний, регіональний або орган місцевого самоврядування або державний, адміністративний чи судовий орган, відділ, комісія, повноважний орган, орган правосуддя, агенція чи організація або центральний банк (або будь-яка Особа, чи то державна, чи недержавна, незалежно від способу її створення, найменування та методів функціонування, що виконує функції центрального банку); в тому числі будь-яке міністерство, управління або установу (у тому числі суди та судові органи), а також будь-яку іншу установу, агентство, орган або юридичну чи фізичну особу, яка здійснює функції органу державної влади будь-якого виду, включаючи всі органи державної влади та державної адміністрації, а також всі органи будь-якої адміністративно-територіальної одиниці; | "Authority" shall mean any national, supranational, regional or local government or governmental, administrative, fiscal, judicial, or government-owned body, department, commission, authority, tribunal, agency or entity, or central bank (or any Person, whether or not government owned and howsoever constituted or called, that exercises the functions of a central bank), including any ministry, department or agency (including courts or judicial agencies), and any other agency, instrumentality, body or natural or legal entity exercising governmental authority of any kind including all organs of state power and state administration and those of any administrative-territorial structure; |
| "Дозвіл" означає будь-яку ліцензію або згоду, реєстрацію, подання, угоду, нотаріальне посвідчення, свідоцтво, ухвалу, дозвіл, повноваження або відповідне звільнення будь-якого Повноважного Органу, чи то в результаті прямої дії, чи такі, що вважаються наданими у результаті бездіяльності впродовж будь-якого визначеного періоду часу, або будь-які корпоративні ухвали чи згоди, та ухвали чи згоди кредиторів або акціонерів; | "Authorization" shall mean any license or consent, registration, filing, agreement, notarization, certificate, approval, permit, authority or exemption from, by or with any Authority, whether given by express action or deemed given by failure to act within any specified time period or any corporate, creditors' or stockholders' approvals or consents; |
| "Банк" має значення, наведене у Преамбулі цього Договору; | "Bank" shall have the meaning specified in the preamble of this Agreement; |
| "Робочий День" означає день, коли банки відкриті для роботи у м. Нікосії (Кіпр) та м. Києві (Україна). | "Business Day" shall mean a day when banks are open for business in Nicosia, Cyprus and Kyiv, Ukraine; |
| "Предмет Застави" має значення, наведене у Пункті 2.01(а) цього Договору; | "Collateral" shall have the meaning specified in Section 2.01(a) of this Agreement; |
| "Дата Набрання Чинності" означає дату підписання цього Договору; | "Effective Date" shall mean the date of this Agreement; |
| "Повідомлення про Звернення | "Enforcement Notice" shall have the meaning |

| | |
|---|---|
| Стягнення" має значення, наведене в Пункті 5.02 цього Договору; | specified in Section 5.02 of this Agreement; |
| "Випадок Невиконання Зобов'язань" значення надане цьому терміну в Кредитних Договорах; | "Event of Default" shall have the meaning specified in the Facility Agreements; |
| "Витрати" означає всі видатки, витрати, стягнення чи збори (в тому числі, без обмеження, гонорари за послуги юристів та інші витрати на юридичні послуги і судові витрати), сплата яких вимагається від Заставодавця за цим Договором та/або які Заставодержатель може нести в будь-який час у зв'язку із створенням, реєстрацією, утриманням або примусовим виконанням Застави, або зверненням стягнення, реалізацією, продажем, передачею та/або оцінкою Заставлених Прав, а також будь-які та всі стягнення, податки, гербові збори та державні збори, нотаріальні мита та видатки на переклад та будь-які інші витрати, понесені Заставодержателем у зв'язку з укладанням, втіленням, виконанням та/або здійсненням цього Договору або Кредитних Договорів; | "Expenses" shall mean all expenses, costs, charges or fees (including, without limitation, attorneys fees and other legal expenses and court costs) which the Pledgor is required to pay under this Agreement and/or which the Pledgee may incur at any time in connection with the creation, registration, maintenance or enforcement of the Pledge, or the foreclosure, realization, sale, transfer and/or valuation of the Pledged Rights, as well as any and all charges, taxes, stamp and state duties, notary and translation fees and any other similar expenses whatsoever incurred by the Pledgee in connection with the execution, implementation, performance and/or enforcement of this Agreement or the Facility Agreements; |
| "Договір Передачі Коштів" означає Договір Передачі Коштів на Поточних Рахунках між Заставодержателем, Заставодавцем та Банком, переважним чином у формі, доданій до цього Договору як Додаток С, який є частиною цього Договору, відповідно до якого кошти, депоновані на Заставлених Рахунках, після настання Випадку Невиконання Зобов'язання, будуть перекзані на такі рахунки, як зазначить Заставодержатель; | "Funds Transfer Agreement" shall mean the Operating Accounts Funds Transfer Agreement among the Pledgee, the Pledgor and the Bank, substantially in the form attached hereto as Exhibit C, which is made part of this Agreement, pursuant to which the funds on deposit in the Pledged Account, upon occurrence of an Event of Default, shall be transferred to such accounts as the Pledgee may direct; |
| "Розпорядження про Переказ Коштів" означає кожне Розпорядження про Переказ Коштів, видане Заставодавцем Банку відповідно до Договору Передачі Коштів; | "Funds Transfer Order" shall mean each Funds Transfer Order issued by the Pledgor to the Bank pursuant to the Funds Transfer Agreement; |
| "Закон про Обтяження" означає Закон України "Про забезпечення вимог кредиторів та реєстрацію обтяжень" №1255-IV від 18 листопада 2003 року, із змінами та доповненнями, що вносяться час від часу; | "Liens Law" shall mean the Law of Ukraine on Securing Creditors' Claims and Registration of Liens No. 1255-IV, dated November 18, 2003, as amended from time to time; |
| "Реєстр Обтяжень" означає Державний реєстр обтяжень рухомого майна, встановлений відповідно до Закону про Обтяження; | "Liens Registry" shall mean the State Registry of Liens over Movable Property, established pursuant to the Liens Law; |

5

KYIV - 24682.07

"Повідомлення Реєстру Обтяжень" має значення, наведене в Пункті 5.02 цього Договору;

"Liens Registry Notice" shall have the meaning specified in Section 5.02 of this Agreement;

"Особа" будь-яка фізична особа, корпорація, компанія, товариство, фірма, добровільне об'єднання, спільне підприємство, трест, приватна організація, Уповноважена установа чи будь-яка інша організація, що діє від свого імені, в фідуціарній або іншій якості;

"Person" shall mean any natural person, corporation, company, partnership, firm, voluntary association, joint venture, trust, unincorporated organization, Authority or any other entity whether acting in an individual, fiduciary or other capacity;

"Застава" має значення, наведене в Пункті 2.01 (а) цього Договору;

"Pledge" has the meaning designated to it in Section 2.01 (a) of this Agreement;

"Заставлені Рахунки" має значення, наведене в Преамбулі цього Договору, деталі якого наведені у Додатку А до цього Договору, який є частиною цього Договору;

"Pledged Accounts" shall have the meaning specified in the preamble of this Agreement, the details of which are given in Exhibit A hereto, which is made a part of this Agreement;

"Закон про Заставу" означає Закон України "Про заставу" №2654-XII від 2 жовтня 1992 року, із змінами та доповненнями;

"Pledge Law" shall mean the Law of Ukraine on Pledge No. 2654-XII, dated October 2, 1992, as amended;

"Забезпечені Зобов'язання" має значення, надане у Пункті 2.02 цього Договору;

"Secured Obligations" has the meaning stated in Section 2.02 of this Agreement;

"Період Забезпечення" означає період, який починається з Дати Набрання Чинності, що включає таку дату, та продовжується включно до дати, після якої, на визначення Заставодержателя, (i) вичерпано всі кошти для надання кредиту згідно з Кредитними Договорами, (ii) повністю виконані всі Забезпечені Зобов'язання, і (iii) не залишилося жодних сум, несплачених Заставодержателю за Кредитними Договорами.

"Security Period" means the period from and including the Effective Date to the date upon which the Pledgee determines that (i) no sum remains to be lent under the Facility Agreements, (ii) all of the Secured Obligations have been satisfied in full and (iii) no sum remains payable to the Pledgee under the Facility Agreements.

1.02. Тлумачення.

1.02   Interpretation

(a) В цьому Договорі, якщо інше не вимагається контекстом, слова, що означають однину включають множину та навпаки, слова, що означають осіб, включають корпорації, партнерства та інші юридичні особи, а посилання на особу включає її правонаступників та дозволених набувачів;

(a)   In this Agreement, unless the context otherwise requires, words denoting the singular include the plural and *vice versa*, words denoting persons include corporations, partnerships and other legal persons and references to a person include its successors and permitted assigns;

(b) В цьому Договорі посилання на конкретний Пункт тлумачиться, як

(b)   In this Agreement, a reference to a specified Section shall be construed as a reference

| | |
|---|---|
| посилання на такий конкретний Пункт цього Договору; | to that specified Section of this Agreement; |
| (c) В цьому Договорі посилання на договір тлумачиться як посилання на такий договір, як він може бути змінений, доповнений, переданий або відступлений час від часу; | (c) In this Agreement, a reference to an agreement shall be construed as a reference to such agreement as it may be amended, varied, supplemented, novated or assigned from time to time; |
| (d) В цьому Договорі заголовки вживаються лише для зручності посилання, і не впливають на тлумачення цього Договору; | (d) In this Agreement, the headings are inserted for convenience of reference only and shall not affect the interpretation of this Agreement; |
| (e) В цьому Договорі посилання на "закон" включає посилання на будь-яку застосовну угоду, конституцію, статут, законодавство, указ, нормативний акт, норму, положення, рішення суду, наказ, припис, тимчасовий захід, визначення, ухвалу або інший законодавчий чи адміністративний захід або судове чи третейське рішення в будь-якій юрисдикції, які мають силу закону; | (e) In this Agreement, a reference to "law" includes references to any applicable treaty, constitution, statute, legislation, decree, normative act, rule, regulation, judgment, order, writ, injunction, determination, award or other legislative or administrative measure or judicial or arbitral decision in any jurisdiction which has the force of law; |
| (f) В цьому Договорі посилання на Наступника або Наступників тлумачиться так, щоб включати будь-якого цесіонарія або наступника права сторони або особи, яка відповідно до законів її юрисдикції реєстрації або місцезнаходження, набула прав та зобов'язань такої сторони за Кредитними Договорами або якій відповідно до таких законів таке право та зобов'язання були передані; | (f) In this Agreement, a reference to Successor or Successors shall be construed so as to include any assignee or successor in title of a party and any person who, under the laws of its jurisdiction of incorporation or domicile, has assumed the rights and obligations of such party under the Facility Agreements or to which, under such laws, such right and obligations have been transferred; |
| (g) Всі Додатки до цього Договору становлять частину цього Договору. | (g) All Schedules to this Agreement constitute a part of this Agreement. |
| (h) Якщо у відповідності з умовами цього Договору останній строк виконання будь-яких зобов'язань Заставодавця припадає або закінчується на день, який не є Робочим Днем, то останній строк виконання таких зобов'язань подовжується до наступного Робочого Дня в тому ж календарному місяці (якщо є) або скорочується до попереднього Робочого Дня (якщо немає). | (h) If, in accordance with the terms of this Agreement, the deadline for the performance of any obligations of the Pledgor falls or expired on a date which is not a Business Day, the deadline for the performance of such obligations shall be extended to the next Business Day in the same calendar month (if there is one) or the preceding Business Day (if there is not). |
| СТАТТЯ 2. ЗАСТАВА | ARTICLE 2. THE PLEDGE |
| 2.01 Надання Застави | 2.01 Grant of the Pledge |
| (a) Для забезпечення своєчасного та повного погашення, дотримання та | (a) In order to secure the prompt and complete payment, observance and performance of |

7

KYIV - 24682.07

виконання всіх Забезпечених Зобов'язань та зважаючи на укладення Заставодержателем Кредитних Договорів, Заставодавець цим надає Заставодержателю та на його користь, у повній мірі, дозволеній Чинним Законодавством, та у відповідності з умовами цього Договору, заставу найвищого пріоритету ("**Застава**") на майнові права та право забезпечення Заставодавця на Заставлені Рахунки, включаючи право отримувати всі кошти, разом з нарахованими на них процентами, депоновані на Заставлених Рахунках або іншим чином зараховані на нього час від часу, на Дату Набрання Чинності, на дату примусового виконання Застави або після таких дат, до закінчення Періоду Забезпечення ("**Предмет Застави**").

(b) Застава залишається чинною в якості забезпечення повної сплати та виконання Забезпечених Зобов'язань з Дати Набрання Чинності до повного погашення Забезпечених Зобов'язань, заборгованих на користь Заставодержателя, в кожному випадку, у суворій відповідності з умовами Кредитних Договорів.

(c) Пріоритетне право Заставодержателя на отримання задоволення за рахунок Предмету Застави також відноситься до випадку ліквідації та банкрутства Заставодавця.

(d) Не обмежуючи будь-яких прав Заставодержателя за цим Договором, Сторони погоджуються, що станом на Дату Набрання Чинності вартість Предмета Застави становить 285 241,73 гривні (двісті вісімдесят п'ять тисяч двісті сорок одна гривня 73 копійки).

2.02 Забезпечені Зобов'язання

(a) Цей Договір та створена за цим Договором Застава забезпечують сплату та виконання Заставодавцем всіх забезпечених зобов'язань ("**Забезпечених Зобов'язань**"), які включають, без обмеження, такі:

(i) всі зобов'язання, які в будь-який час підлягають сплаті Заставодавцем за Кредитними Договорами на користь Заставодержателя, існуючі або майбутні,

all Secured Obligations and in consideration of the Pledgee entering into the Facility Agreements, the Pledgor hereby grants to and for the benefit of the Pledgee, to the fullest extent possible under Applicable Law and in accordance with the terms of this Agreement, a first ranking pledge (the "**Pledge**") over the Pledgor's property rights and interest in and to the Pledged Accounts, including the right to receive all funds together with all interest accrued thereon, on deposit in the Pledged Accounts or otherwise accruing thereto from time to time, whether on the Effective Date, on the date of enforcement of the Pledge or thereafter, until the expiration of the Security Period (the "**Collateral**").

(b) The Pledge shall remain in effect as security for the payment in full and performance of the Secured Obligations from the Effective Date until the Secured Obligations owing to the Pledgee shall have been discharged in full, in each case, strictly in accordance with the terms of the Facility Agreements.

(c) The Pledgee's priority right to recover against the Collateral shall also extend to an event of liquidation and bankruptcy of the Pledgor.

(d) Without limiting any of the Pledgee's rights hereunder, the Parties agree that, as of the Effective Date, the value of the Collateral is 285,241.73 Hryvnias (two hundred eighty five thousand two hundred forty one Hryvnias 73 copecks).

2.02    Secured Obligations

(a) This Agreement and the Pledge created hereby secure the payment and performance by the Pledgor of all of the secured obligations (the "**Secured Obligations**"), which include, without limitation, the following:

(i) all obligations at any time due, owing or incurred by the Pledgor under the Facility Agreements in favor of the Pledgee, whether present or future, actual or contingent (and whether

8

| | |
|---|---|
| фактичні або можливі (взяті самостійно або колективно, в якості довірителя або поручителя, або в будь-якій іншій якості), в тому числі, без обмеження, щодо сплати всіх основних сум, процентів та будь-яких комісійних, зборів, відшкодувань або інших платежів, належних до сплати Заставодавцем за Кредитними Договорами (при настанні строку оплати, в результаті скорочення строку платежу або іншого); та | incurred solely or jointly and whether as principal or surety or in some other capacity), including, without limitation, the payment of all principal, interest, and any premium, fees, indemnities or other payments due from the Pledgor under the Facility Agreements (whether at stated maturity, as a result of acceleration or otherwise); and |
| (ii) всіх Витрат, понесених Заставодержателем у зв'язку з Кредитними Договорами та/або цим Договором, разом з такими іншими сумами, на які Заставодержатель може мати право відповідно до Чинного Законодавства. | (ii) all Expenses incurred by the Pledgee in connection with the Facility Agreements and/or this Agreement, together with such other amounts to which the Pledgee may be entitled under Applicable Law. |
| (b) Вартість Забезпечених Зобов'язань становить 45 509 076 (сорок п'ять мільйонів п'ятсот дев'ять тисяч сімдесят шість) Євро (або таку частину цієї суми, яку Заставодавець запозичив у Заставодержателя та не повернув), плюс всі проценти та будь-які комісійні платежі, збори, відшкодування, платежі та Витрати, включені відповідно до (або у зв'язку з операціями, передбаченими) Кредитних Договорів та/або цього Договору, як частина Забезпечених Зобов'язань. | (b) The value of the Secured Obligations is EUR 45,509,076 (forty five million five thousand nine seventy six Euro) (or so much thereof as the Pledgor may have borrowed from the Pledgee and not repaid) plus all interest thereon and any premium, fees, indemnities, payments and Expenses included under (or in connection with the transactions contemplated by) the Facility Agreements and/or this Agreement as forming part of the Secured Obligations. |
| (c) Датою, до якої повинні бути повністю сплачені та погашені Забезпечені Зобов'язання, є 14 червня 2012 року, за винятком тих випадків, коли ця дата може бути продовжена чи скорочена відповідно до Кредитних Договорів. Вищезазначене у жодному разі не порушує чинності та/або можливості примусового виконання цієї Застави, яка, незважаючи на будь-що, залишається повністю чинною та дійсною впродовж всього Періоду Забезпечення. | (c) The date by which the Secured Obligations must be repaid in full is June 14, 2012, except as that date may be extended or shortened in accordance with the Facility Agreements. The foregoing shall not in any way undermine the validity and/or enforcement of this Pledge, which shall nevertheless remain in full force and effect for the entire Security Period. |
| 2.03 Реєстрація та Оформлення Застави. Пріоритетність | 2.03 Registration and Perfection of the Pledge. Ranking |
| Заставодавець повинен: | The Pledgor shall: |
| (a) за письмовою інструкцією Заставодержателя та у вказані строки а також в дату кожної нової редакції цього Договору, укласти Договір Передачі Коштів (або відповідну його нову редакцію, в залежності від обставин) та доставити Банку оригінал відповідного(-их) Розпорядження(-нь) на Переказ | (a) upon written instruction of and within the term established by the Pledgee, enter into the Funds Transfer Agreement (or the corresponding amendment and restatement thereof, as the case may be), and deliver to the Bank the original of the relevant Funds Transfer Order(s); |

KYIV - 24682.07

9

Коштів;

(b) якнайскоріше, але в будь-якому випадку не пізніше ніж трьох (3) Робочих Днів після Дати Набрання Чинності, надати Заставодержателю всі такі документи і сприяння, які Заставодержатель може вимагати для (i) реєстрації Застави у Реєстрі Обтяжень, та (ii) дотримання будь-яких необхідних подань, реєстрації, повідомлень або формальних дій щодо цього Договору зі змінами та доповненнями, що можуть вноситися до нього час від часу, та Застави;

(c) у випадку, якщо реєстраційні та протокольні вимоги відповідно до Чинного Законодавства будуть змінені або доповнені, або якщо зміниться корпоративна форма Заставодавця, то Заставодавець погоджується безвідкладно та за свій власний рахунок оформити та доставити всі додаткові документи, угоди та інші документи, і здійснити всі додаткові дії, які можуть бути необхідними, або які Заставодержатель може обґрунтовано вимагати, для реєстрації, обліку та захисту першочергової Застави, створеної за цим Договором, для того, щоб Заставодержатель міг здійснити свої права та скористатися засобами правового захисту за цим Договором по відношенню до Заставлених Рахунків; та

(d) будь-які витрати, що випливають із вищезазначених дій (включаючи витрати, понесені Заставодержателем), покриваються Заставодавцем Якщо вимагається Чинним Законодавством і в мірі, в якій так вимагається, Заставодержатель повинен надати відповідні дозволи Заставодавцю для того, щоб він здійснив реєстрації та виконав свої інші зобов'язання, передбачені в цьому Пункті 2.03. Заставодержатель може, на свій власний розсуд, сам здійснити будь-які реєстрації та сам виконати будь-які інші зобов'язання Заставодавця, передбачені в цьому Пункті 2.03, і в такому випадку будь-які витрати та видатки, понесені Заставодержателем у зв'язку із вищепереліченими діями, стануть частиною Витрат та будуть понесені

(b) as soon as practicable, but in any event, no later than three (3) Business Days after the Effective Date provide to the Pledgee all such documents and assistance as a Pledgee may require in order to (i) register the Pledge in the Liens Registry, and (ii) comply with any other required filings, registration, notifications or formalities with respect to this Agreement as amended form timed to time and the Pledge;

(c) in the event that the registration or recordation requirements under Applicable Law shall have been amended or modified, or the corporate form of the Pledgor shall have been changed, then the Pledgor agrees promptly and at its expense to execute and deliver all further instruments, agreements and other documents, and to take all further action, that may be necessary, or that the Pledgee may reasonably request, in order to register, record and protect the first priority Pledge created hereunder and to enable the Pledgee to exercise and enforce its rights and remedies hereunder with respect to the Pledged Accounts; and

(d) any expense resulting from any of the foregoing actions (including those amounts incurred by the Pledgee) shall be borne by the Pledgor. If required by Applicable Law and to the extent so required, the Pledgee shall issue appropriate authorizations to the Pledgor to enable it to effect registrations and to perform its other obligations provided in this Section 2.03. The Pledgee may at its sole discretion elect to effect by itself any or all registrations and to perform by itself any or all other obligations of the Pledgor provided in this Section 2.03, in which case any and all cost and expense incurred by the Pledgee in connection with any of the foregoing actions shall become a part of Expenses and shall be borne by the Pledgor.

Заставодавцем.

2.04 <u>Збереження чинності Застави</u>

Застава, створена цим Договором:

(a) залишається у повній силі та чинності впродовж Періоду Забезпечення та жодним чином не обмежується будь-яким іншим Обтяженням на Заставлені Рахунки, окрім обтяжень, письмово дозволених Заставодежателем;

(b) не припиняється погашенням чи задоволенням будь-якої частини Забезпечених Зобов'язань, забезпечених цим Договором, а є тривалим забезпеченням до припинення цього Договору у відповідності з його умовами, і поширюється на будь-які та всі зобов'язання, які час від часу є Забезпеченими Зобов'язаннями, і вона не скасовується і не обмежується будь-яким чином (i) періодом часу, який надається Заставодавцю або іншою відстрочкою чи іншою поступкою Заставодавцю, (ii) взяттям, триманням, зміною, зверненням стягнення або скасуванням Заставодержателем будь-якого іншого забезпечення за всі або будь-яку частину Забезпечених Зобов'язань, або (iii) будь-якою модифікацією чи зміною Кредитних Договорів та будь-яких обставин, які, якби це положення не існувало, могли б дозволяти скасування будь-яких Забезпечених Зобов'язань або звільнення Заставодавця від відповідальності за Забезпечені Зобов'язання чи їх скасування або іншим чином вплинути на забезпечення, створене цим Договором;

(c) є зобов'язальною для Заставодавця, його правонаступників та цесіонаріїв; та

(d) діє, разом із правами та засобами правового захисту Заставодержателя, на користь Заставодержателя та його відповідних правонаступників, набувачів і цесіонаріїв.

2.05 <u>Припинення</u>

Застава, створена цим Договором, повністю припиняється в перший Робочий День після закінчення Періоду Забезпечення, і припиняється стосовно

2.04   <u>Continuing Pledge</u>

The Pledge created by this Agreement shall

(a) remain in full force and effect, for the duration of the Security Period and shall not in any way be prejudiced or affected by any other Lien over the Pledged Accounts, other than the liens permitted by the Pledgee in writing;

(b) not terminate by payment or satisfaction of any part of the Secured Obligations hereby secured but shall be a continuing security until termination of this Agreement in accordance with the terms hereof, and extend to cover any and all obligations constituting from time to time Secured Obligations and shall not be discharged or prejudiced in any way by (i) time being given to the Pledgor or by any other indulgence or concession to the Pledgor, (ii) the taking, holding, varying, non-enforcement or release by the Pledgee of any other security for all or any of the Secured Obligations, or (iii) any variation of or amendment to the Facility Agreements that, but for this provision, might operate to discharge any of the Secured Obligations or to exonerate or discharge the Pledgor from the Secured Obligations or otherwise affect the security hereby constituted;

(c) be binding on the Pledgor, its successors and assigns; and

(d) inure, together with the rights and remedies of the Pledgee, to the benefit of the Pledgee and its respective successors, transferees and assigns.

2.05   <u>Termination</u>

The Pledge granted hereby shall be terminated in full on the first Business Day following the expiration of the Security Period, and shall terminate with respect to the Pledgee in accordance

11

KYIV - 24682.07

| | |
|---|---|
| Заставодержателя у відповідності з Пунктом 2.01(b) цього Договору. Після припинення Застави Заставодержатель, за рахунок Заставодавця, якнайшвидше, оформить та доставить Заставодавцю будь-які такі документи, які Заставодавець може розумно вимагати для засвідчення такого припинення Застави та вживе будь-яких та всіх необхідних дій для реєстрації у Реєстрі Обтяжень інформації про припинення Застави, створеної цим Договором. | with Section 2.01 (b) of this Agreement. Upon termination of the Pledge, the Pledgee shall, at the expense of the Pledgor, as soon as reasonably practicable execute and deliver to the Pledgor any such documents as the Pledgor can reasonably request to evidence such termination of the Pledge and shall take any and all necessary action to register with the Liens Registry the information about the termination of the Pledge established hereby. |
| **СТАТТЯ 3. ЗАПЕВНЕННЯ ТА ГАРАНТІЇ ЗАСТАВОДАВЦЯ** | **ARTICLE 3.   REPRESENTATIONS AND WARRANTIES OF THE PLEDGOR** |
| 3.01 <u>Запевнення та Гарантії</u> | 3.01    <u>Representations and Warranties</u> |
| Заставодавець цим, гарантує, запевняє та стверджує, що на Дату Набрання Чинності: | The Pledgor hereby guarantees, represents and warrants that as of the Effective Date: |
| (a) Заставодавець є відкритим акціонерним товариством, належним чином створеним та законно існуючим відповідно до законодавства України, та зареєстрованим в усіх відповідних органах реєстрації України, і отримав всі необхідні Дозволи для (i) володіння своїми активами, (ii) для укладення цього Договору, (iii) для того, щоб він міг відкрити, мати та оперувати Заставленими Рахунками, та (iv) надати Заставу за цим Договором; | (a)    the Pledgor is an open joint stock company company, duly incorporated and validly existing under the laws of Ukraine and has the corporate power, is registered with all relevant registration bodies in Ukraine, has obtained and holds all required Authorizations, to (i) own its assets, (ii) enter into this Agreement, (iii) enable it to open, maintain and operate the Pledged Accounts, and (vi) grant the Pledge hereunder; |
| (b) Заставодавець є єдиним власником Заставлених Рахунків та прав забезпечення в них; він є єдиною Особою, що має право знімати кошти з Заставлених Рахунків; Предмет застави не є предметом будь-якого іншого права забезпечення і не підпадає під дію будь-якого контракту, будь-якої домовленості або законодавства, умовних або безумовних, за якими можуть бути створені права забезпечення на будь-які права у Заставлених Рахунках, окрім узгоджених між Заставодержателем і Заставодавцем; | (b)    the Pledgor owns and has full right, title and interest in and to the Pledged Accounts; it is the only Person entitled to withdraw funds from the Pledged Accounts.  The Collateral is not subject to any security interests, and the Pledgor is not subject to any contract, arrangement or law, whether conditional or unconditional, pursuant to which any security interests on any right or interest in the Pledged Accounts may be created, except for those agreed between the Pledgor and the Pledgee; |
| (c) Заставодавець має корпоративне повноваження укласти цей Договір та виконувати його, і має всі повноваження та права надати Заставу на Заставлені Рахунки у відповідності з умовами цього Договору; | (c)    the Pledgor has the corporate power to enter into and perform this Agreement and has full power and authority to grant the Pledge on the Pledged Accounts pursuant to the terms of this Agreement; |
| (d) цей Договір є належним чином уповноважений та оформлений Заставодавцем, та становить чинні і | (d)    this Agreement has been duly authorised and executed by the Pledgor, constitutes valid and legally binding obligation of the Pledgor, |

юридично зобов'язуючі зобов'язання Заставодавця, що можуть бути примусово виконані проти Заставодавця у відповідності до його умов (окрім випадків, коли така можливість примусового виконання може обмежуватись чинним законодавством про банкрутство, неплатоспроможність, реорганізацію, мораторій або схожим законодавством, що впливає на права кредиторів взагалі або будь-яким чинним законодавством);

(e) укладення цього Договору та дотримання умов цього Договору:

(i) не матиме наслідком порушення установчих документів Заставодавця або будь-якого Дозволу чи будь-якого положення Чинного Законодавства;

(ii) не буде суперечити та не призведе до порушення будь-яких умов або положень будь-якого емісійного договору, іпотеки, договору чи іншої угоди або домовленості, стороною яких є Заставодавець або якими Заставодавець чи будь-які його активи зв'язані; та

(iii) не матиме наслідком створення або накладання будь-якого права забезпечення (окрім погоджених Сторонами) у Заставлених Рахунках.

(f) отримання будь-яких Дозволів або подання чи реєстрації в будь-якому Повноважному Органі, не вимагаються для (i) надання Заставодавцем Застави на Предмет Застави та створення найвищого пріоритету (окрім реєстрації Застави, створеної цим Договором у Реєстрі Обтяжень), (ii) належного оформлення, доставки або виконання Заставодавцем цього Договору, або (iii) чинності та можливості примусового виконання цього Договору;

(g) Цей Договір після виконання Заставодавцем умов, визначених в Пункті 2.03, становитиме чинне Обтяження найвищого пріоритету на Предмет Застави на користь Заставодержателя, забезпечуючи Забезпечені Зобов'язання та маючи пріоритет щодо будь-якого іншого Обтяження на такі Заставлені Рахунки

enforceable against the Pledgor in accordance with its terms (except as such enforceability may be limited by applicable bankruptcy, insolvency, reorganization, moratorium, or similar laws affecting the rights of creditors generally or any applicable law);

(e) the making of this Agreement and compliance with its terms:

(i) does not result in the violation of the Pledgor's constituent documents or any Authorisation or any provision of Applicable Law;

(ii) does not conflict with or result in breach of any of the terms, conditions or provisions of, or constitute a default or require any consent under, any indenture, mortgage, agreement or instrument or arrangement to which the Pledgor is a party or by which the Pledgor or any of its assets is bound; and

(iii) does not result in the creation or imposition of any security interests (other than agreed by the Parties) on the Pledged Accounts.

(f) no Authorisation or filings or registrations with any Authority are required for (i) the grant by the Pledgor of the Pledge over the Collateral and the creation of a first priority security interest therein (other than the registration of the Pledge established by this Agreement with the Liens Registry), (ii) the due execution, delivery or performance by the Pledgor of this Agreement, or (iii) the validity or enforceability hereof;

(g) this Agreement will, when the Pledgor satisfies the conditions set forth in Section 2.03, constitute a first-priority Lien on the Collateral in favour of the Pledgee securing the Secured Obligations and ranking senior to any other Liens with respect to such Pledged Accounts (if any);

(якщо таке існує);

(h) не розглядається жодне судове провадження, процес, розслідування, позов або слухання проти Заставодавця у зв'язку із Предметом Застави, і Заставодавцю не відомо про будь-яку загрозу від будь-якої Особи чи Повноважного Органу щодо їх виникнення;

(i) Заставлені Рахунки відкриті та обслуговуються у відповідності з Чинним Законодавством та Договором Передачі Коштів та, наскільки відомо Заставодавцю після наведення відповідних довідок, Заставлені Рахунки відкриті та обслуговуються у відповідності зі стандартними процедурами Банку. Всі договори між Заставодавцем та Банком на відкриття та ведення Заставлених Рахунків належним чином затверджені та укладені, і з боку Заставодавця та, наскільки відомо Заставодавцю, з боку Банку не відбулося жодного порушення, що могло б негативно вплинути на відкриття, ведення та використання Заставлених Рахунків; та

(j) у будь-якому органі влади не зареєстровано жодного договору забезпечення, застави або іншого документу обтяження щодо всього Предмету Застави або його частини, окрім тих договорів та документів, що зареєстровані відповідно до умов цього Договору або Кредитних Договорів.

### СТАТТЯ 4. ОБОВ'ЯЗКИ ТА ЗОБОВ'ЯЗАННЯ

#### 4.01 Обов'язки та Зобов'язання

Заставодавець повинен дотримуватись таких зобов'язань:

(a) без попередньої письмової згоди Заставодержателя Заставодавець: (i) не здійснюватиме жодних дії щодо оскарження або скасування Розпорядження про Переказ Коштів, або (ii) не створюватиме або не дозволятиме існування будь-якого Обтяження на Предмет Застави, окрім обтяження, створення якого дозволено Кредитними Договорами;

(h) there is no litigation, action, investigation, claim or proceeding pending against the Pledgor in connection with the Collateral, nor is the Pledgor aware of any threat by any Person or Authority to commence the same;

(i) the Pledged Accounts have been established, and are maintained, in compliance with Applicable Law and the Funds Transfer Agreement, and, to the best of the Pledgor's knowledge after due inquiry, the Pledged Accounts have been established and are maintained in compliance with the standard procedures of the Bank. All agreements between the Pledgor and the Bank relating to the establishment and maintenance of the Pledged Accounts have been duly authorized and executed and there has occurred no breach by the Pledgor, or to the best of the Pledgor's knowledge, any breach by the Bank, which could adversely affect the establishment, maintenance or operation of the Pledged Accounts; and

(j) no security agreement, pledge or other lien instrument covering all or any part of the Collateral is on file or of record in any public office, except those entered into or filed pursuant to the terms of this Agreement or the Facility Agreements.

### ARTICLE 4. DUTIES AND COVENANTS

#### 4.01 Duties and Covenants of the Pledgor

The Pledgor shall comply with the following covenants:

(a) without the prior written consent of the Pledgee, the Pledgor shall not (i) take any action challenging or revoking the Funds Transfer Order or (ii) create or permit to exist any Lien on the Collateral other than as permitted by the Facility Agreements;

(b) Заставодавець, незалежно від того, чи вимагає Заставодержатель, повинен захищати за свої власні кошти (i) всі свої права та права Заставодержателя на Предмет Застави у тій мірі, у якій це можливо за Чинним Законодавством, та (ii) Заставу. Якщо Заставодавець належним чином не захищатиме такі права або Заставу, то Заставодержатель може, на свій розумний розсуд, самостійно здійснювати такий захист (і оскаржувати, врегульовувати або задовольняти будь-яку пов'язану претензію), і Заставодавець надасть Заставодержателю будь-які та всі документи, необхідні або доцільні для захисту прав Заставодержателя за цим Договором та Договором Передачі Коштів. Заставодавець оплатить на вимогу Заставодержателя всі витрати, стягнення, збори та витрати (включаючи, без обмеження, витрати на юридичні послуги), понесені Заставодержателем у зв'язку із таким захистом;

(c) Заставодавець негайно повідомить Заставодержателю про будь-які претензії або вимоги, що мають відношення до Предмету Застави, або про будь-які інші події, що негативно впливають або, як можна обґрунтовано очікувати, можуть негативно вплинути на Заставу, або які мають або, як можна обґрунтовано очікувати, можуть мати негативний вплив на чинність або можливість примусового виконання Застави, створеної цим Договором, або на права чи засоби правового захисту Заставодержателя за цим Договором, і Заставодавець після того вживе таких дій для виправлення ситуація, які Заставодержатель може обґрунтовано вимагати і які відповідають Чинному Законодавству;

(d) Заставодавець не повинен закривати, ліквідувати, передавати, індосувати, продавати та у жодний інший спосіб відчужувати Заставлені Рахунки без попередньої письмової згоди Заставодержателя; Заставодавець не повинен відкривати інші банківські рахунки в український або іноземній валюті в Банку або будь-якому іншому банку, якщо Заставодержатель не погодиться іншим чином у письмовій формі, і в такому випадку Заставодавець зобов'язується укласти договір(и) застави

(b) the Pledgor shall, whether or not requested by the Pledgee, protect and defend at its own cost (i) all of its and the Pledgee's rights to the Collateral to the extent possible under Applicable Law, and (ii) the Pledge. If the Pledgor fails to so diligently defend such rights or the Pledge, the Pledgee may, in its reasonable discretion, assume such defense (and contest, settle or discharge any related claim), and the Pledgor shall provide to the Pledgee with any and all documents necessary or appropriate to defend the Pledgee's rights under this Agreement and the Funds Transfer Agreement. The Pledgor shall pay to the Pledgee on demand all costs, charges, fees and expenses (including, without limitation, legal fees), incurred by the Pledgee in connection with such defense;

(c) the Pledgor shall promptly notify the Pledgee of any claims or demands relating to, and of any other event adversely affecting or which could reasonably be expected to adversely affect, the Collateral, or which has had or which could reasonably be expected to have an adverse effect on the validity or enforceability of the Pledge created hereby or on the rights or remedies of the Pledgee hereunder, and the Pledgor shall thereafter take such action to remedy the situation as the Pledgee may reasonably request and as is consistent with Applicable Law;

(d) the Pledgor shall not close, liquidate, sell, convey, endorse, negotiate or in any way dispose of the Pledged Accounts without the prior written consent of the Pledgee; the Pledgor shall not open other bank accounts in Ukrainian or foreign currency in the Bank or any other bank unless the Pledgee otherwise agrees in writing, and in such event, the Pledgor undertakes to enter into a pledge agreement(s) with respect to the monies deposited on such bank account(s);

15

| | |
|---|---|
| щодо коштів на такому(их) банківському(их) рахунку(ах); | |
| (e) Заставодавець повинен забезпечити, щоб всі кошти, включаючи кошти в іноземній валюті, належні до сплати йому від будь-якої третьої сторони, сплачувалися на Заставлені Рахунки; | (e) the Pledgor shall ensure that all funds, including those in foreign currency, payable to it by any third party are paid to the Pledged Account; |
| (f) Заставодавець не вживатиме жодних дій, які б завдали шкоди або зробили недійсними чи негативно вплинули на надання або оформлення чи пріоритет Застави на Предмет Застави; | (f) the Pledgor shall take no action which would impair or render ineffective, or adversely affect, the granting or perfection or the priority of the Pledge over the Collateral; |
| (g) Заставодавець буде за власний кошт зберігати та вести стандартний реєстр ділових операцій щодо Предмету Застави; такий реєстр зберігатиметься за місцезнаходженням Заставодавця; | (g) the Pledgor will keep and maintain at its own cost and expense customary business records in respect of the Collateral and such records shall be kept at the Pledgor's principal place of business; |
| (h) якщо настав та триває Випадок Невиконання Зобов'язання, і Заставодержатель не відмовляється від прав за ним, Заставодавець не має права, без попередньої письмової згоди Заставодержателя, зняти або переказати кошти з Заставлених Рахунків. Весь час після настання та доки триватиме Випадок Невиконання Зобов'язання, не завдаючи шкоди будь-яким ішим договорам між Заставодавцем та/або Заставодержателем та/або Банком, Заставодавець може, виключно на свій розсуд, використати кошти з Заставлених Рахунків, за умови, що такі дії Заставодавця відповідають умовам цього Договору, Кредитних Договорів та Чинному Законодавству; | (h) if an Event of Default has occurred and is continuing and has not been waived by the Pledgee, the Pledgor may not, without the prior written consent of the Pledgee, withdraw or transfer funds from any of the Pledged Accounts. So long as no Event of Default shall have occurred and be continuing, without prejudice to any other agreements between the Pledgor and/or the Pledgee and/or the Bank, the Pledgor may, at its sole discretion, dispose of funds in the Pledged Account, provided that such actions of the Pledgor shall be consistent with the terms of this Agreement, the Facility Agreements and Applicable Law; |
| (i) негайно повідомляти Заставодержателю будь-яку інформацію, отриману Заставодавцем стосовно: | (i) promptly notify the Pledgee of any information received by the Pledgor regarding: |
| (1) будь-яких обмежень, які впливають на Предмет Застави, що виникають після дати укладання цього Договору; | (1) any restrictions or limitations affecting the Collateral that arise after the date hereof; |
| (2) будь-яку виїмку, конфіскацію, витребування, арешт або інше привласнення Предмету Застави; або | (2) any seizure, confiscation, requisition, attachment, or other appropriation of the Collateral; or |
| (3) будь-якого судового чи арбітражного процесу (або будь-якого іншого процесу) чи судових позовів або вимог, які можуть призвести до таких процесів щодо | (3) any judicial or arbitration proceeding (or any other procedure) or lawsuits or claims which may lead to such proceeding with respect to the Collateral; and |

16

Предмету Застави; та

(j) забезпечити, щоб Договір Передачі Коштів весь час передбачав право Заставодержателя здійснювати списання із Заставлених Рахунків безпосередньо після настання Випадку Невиконання Зобов'язання.

4.02 Відсутність Зобов'язання або Обов'язку у Заставодержателя

(a) Заставодавець залишатиметься зобов'язаним за всіма пов'язаними з Предметом Застави договорами та контрактами, у яких він надаватиме Заставу за цим Договором та Кредитними Договорами, у тій мірі, що передбачена такими договорами та контрактами.

(b) Заставодержатель не має обов'язку чи зобов'язання за будь-якими договорами або контрактами щодо Предмету Застави через цей Договір або Кредитні Договори, і не зобов'язаний виконувати будь-який з обов'язків чи зобов'язань Заставодавця.

**СТАТТЯ 5. ЗАСОБИ ПРАВОВОГО ЗАХИСТУ ЗАСТАВОДЕРЖАТЕЛЯ**

5.01 Засоби правового захисту.

(a) Заставодержатель набуває права вимагати виконання Забезпечених Зобов'язань, незалежно від того, чи настав строк їх виконання, з будь-яких причин, дозволених Кредитними Договорами, у тому числі, без обмеження, при настанні будь-якої з таких обставин:

(i) інша, ніж Заставодержатель, особа набула права стягнення на Предмет Застави; або

(ii) проти Заставодержателя порушено провадження про визнання неплатоспроможності, банкрутства або схоже провадження, або Заставодавця оголошено банкрутом; або

(iii) прийнято рішення про ліквідацію Заставодавця,

і для уникнення сумнівів будь-яка з вищезазначених подій або всі вони разом є

(j) ensure that the Funds Transfer Agreement at all times provides for the right of the Pledgee to debit the Pledged Accounts directly upon the occurrence of an Event of Default.

4.02 No Obligation or Duty of the Pledgee

(a) The Pledgor shall remain liable under all agreements and contracts relating to the Collateral in which it will grant a Pledge pursuant to this Agreement and the Facility Agreements to the extent provided in such agreements and contracts.

(b) The Pledgee shall not have any obligation or liability under any contracts or agreements relating to the Collateral by reason of this Agreement or the Facility Agreements, nor shall the Pledgee by obligated to perform any of the obligations or duties of the Pledgor.

**ARTICLE 5. REMEDIES OF THE PLEDGEE**

5.01 Remedies

(a) The Pledgee has the right to demand the fulfillment and performance of the Secured Obligations, regardless of whether such fulfillment or performance has become due, for any reason permitted under the Facility Agreements, including, without limitation, if any of the following occurs:

(i) any person other than the Pledgee has acquired a right to foreclose on the Collateral; or

(ii) an insolvency, bankruptcy or similar proceeding has been initiated against the Pledgor, or the Pledgor has been declared bankrupt; or

(iii) a decision has been taken regarding the liquidation of the Pledgor,

and for the avoidance of doubt any or all of the foregoing shall constitute an Event of Default.

17

| | |
|---|---|
| Випадком Невиконання Зобов'язань. | |
| (b) Якщо настав та триває Випадок Невиконання Зобов'язання, Заставодержателю цим надаються права та повноваження у спосіб та у час, які він вважає за доцільне, у тій мірі, у якій це необхідно для виконання будь-якого та всіх Забезпечених Зобов'язань, належних на той момент до сплати (через скорочення строку платежу чи в інший спосіб) на користь Заставодержателя, у примусовому порядку здійснити всі свої права за цим Договором, Договором Передачі Коштів або Чинним Законодавством, через суд або не звертаючись до нього (крім випадків, коли це вимагається Чинним Законодавством), у тому числі здійснити без згоди Заставодавця всі та будь-які нижчезазначені дії у тій мірі, у якій це дозволено Чинним Законодавством (та у порядку, встановленому Чинним Законодавством): | (b)   If an Event of Default has occurred and is continuing, the Pledgee is hereby authorized and empowered, as and when it sees fit, to the extent required to discharge any and all Secured Obligations then due and payable (whether by way of acceleration or otherwise) to the Pledgee, to enforce all its rights hereunder, under the Funds Transfer Agreement or under Applicable Law, with or without judicial recourse (unless required by Applicable Law), including the taking of any and all of the following actions, without the consent of the Pledgor, to the extent permitted under Applicable Law (and pursuant to the procedure required under Applicable Law): |
| (i) Заставодержатель має право, і при цьому від нього не вимагається подання будь-якого повідомлення, окрім Повідомлення Реєстру Обтяжень та Повідомлення про Звернення Стягнення, зазначеного у Пункті 5.02 цього Договору, вимагати, щоб Банк переказав всі наявні на Заставлених Рахунках кошти на рахунок, що буде визначений у Повідомленні Заставодержателя (за визначенням цього терміну у Договорі Передачі Коштів), у порядку звернення стягнення, визначеному у Пункті 5.02 цього Договору та Договору Передачі Коштів, згідно якого на підставі відповідного Розпорядження про Переказ Коштів та після подання документів, визначених у Договорі Передачі Коштів, Заставодержатель має право одержати такі кошти з Заставлених Рахунків та використати їх для погашення Забезпечених Зобов'язань, належних на той момент до сплати (через скорочення строку платежу чи у інший спосіб) на користь Заставодержателя, так, як він вважає за доцільне, але тільки у тій мірі, якщо Заставодавець не сплатив суму таких Забезпечених Зобов'язань, належних на той момент до сплати (через скорочення строку платежу чи в інший спосіб) та несплачених, або іншим чином виконати Забезпечені Зобов'язання, у зв'язку з якими настав Випадок Невиконання | (i)   the Pledgee shall have the right, without being required to give any notice, except for the Liens Registry Notice and the Enforcement Notice referred to in Section 5.02 of this Agreement, to request that funds available in the Pledged Accounts be transferred by the Bank to such account as is specified in the Pledgee's Notice (as such term is defined in the Funds Transfer Agreement), according to the enforcement mechanism specified in Section 5.02 of this Agreement and the Funds Transfer Agreement, pursuant to which, based on the relevant Funds Transfer Order and upon submission of the documents specified in the Funds Transfer Agreement, the Pledgee shall be entitled to receive such funds from the Pledged Account and to apply such funds to the payment of the Secured Obligations then due and payable to the Pledgee (whether by way of acceleration or otherwise) as it sees fit, but only to the extent that the Pledgor has failed to pay the amounts of such Secured Obligations due and payable (whether by way of acceleration or otherwise) and unpaid, or otherwise perform the Secured Obligations in connection with which an Event of Default has occurred within 30 (thirty) days from the date of the Enforcement Notice; |

Зобов'язання, упродовж тридцяти (30) днів з дати Повідомлення про Звернення Стягнення;

(ii) Заставодержатель може розпочати судове провадження або отримання нотаріального припису чи одержання наказу будь-якого суду компетентної юрисдикції або арбітражу чи третейського органу, або будь-який інший судовий процес, дозволений Чинним Законодавством, з метою охорони та виконання його прав за цим Договором або Договором Передачі Коштів (чи то шляхом виконання у натурі будь-якої з умов цього Договору чи Договору Передачі Коштів, чи то на допомогу до здійснення будь-яких повноважень, наданих цим Договором або Договором Передачі Коштів, у тому числі до звернення цього Договору та Договору Передачі Коштів до виконання), а також для здійснення передачі коштів, що знаходяться на Заставлених Рахунках, на свій рахунок в погашення Забезпечених Зобов'язань, належних на той момент до сплати Заставодержателю (через скорочення строку платежу або в інший спосіб); та

(iii) Заставодержатель може надати Банку розпорядження не виконувати будь-яку вимогу Заставодавця знімати або переказувати кошти з Заставлених Рахунків без попередньої письмової згоди такого Заставодержателя.

5.02 Звернення стягнення на Предмет Застави у позасудовому порядку

Для звернення стягнення на предмет Застави у позасудовому порядку (а) Заставодержатель зобов'язаний зареєструвати у Реєстрі Обтяжень таку інформацію про початок процедури звернення стягнення на предмет Застави, що може вимагатися за Законом про Обтяження, у такий спосіб та за такою формою, яких вимагатиме на той час Закон про Обтяження, і документ(-и), надісланий(-i) Реєстру Обтяжень у зв'язку з реєстрацією цієї інформації надалі іменується у цьому Договорі як "**Повідомлення Реєстру Обтяжень**", та (b) водночас з реєстрацією інформації, зазначеної вище у Пункті 5.01 (b) (i), Заставодержатель зобов'язаний надіслати

(ii) the Pledgee may institute legal proceedings or a notarial writ or an order of a court of competent jurisdiction or an arbitral tribunal or authority or any other legal process permitted by Applicable Law to protect and enforce its rights under this Agreement or the Funds Transfer Agreement (whether by way of specific performance of any covenant herein or therein contained, or in aid of the execution of any power herein or therein granted, including prior to the foreclosure of this Agreement or the Funds Transfer Agreement) and to effect a transfer of funds on deposit in the Pledged Accounts to its accounts to satisfy the Secured Obligations then due and payable to the Pledgee (whether by way of acceleration or otherwise); and

(iii) the Pledgee may instruct the Bank not to honor any request by the Pledgor to withdraw or transfer any funds from the Pledged Accounts without the prior written consent of the Pledgee.

5.02 Extrajudicial Enforcement Procedure

To give effect to the extrajudicial enforcement of the Pledge, (a) the Pledgee shall register with the Liens Registry such information regarding the initiation of the enforcement of the Pledge as may be required under the Liens Law, in the manner and form required by the Liens Law from time to time, and the document(s) sent to the Liens Registry in connection with such registration is hereinafter referred to as the "**Liens Registry Notice**", and (b) simultaneously with the registration of the information referred to in Section 5.01 (b) (i) above, the Pledgee shall send an enforcement notice (the "**Enforcement Notice**") to the Pledgor and the Bank, such Enforcement Notice to be substantially in the form attached to this Agreement as Exhibit B and otherwise in accordance with applicable law from time to time.

19

KYIV - 24682.07