UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application Pursuant to 28 U.S.C. § 1782 of
OKEAN B.V. and LOGISTIC SOLUTION
INTERNATIONAL LIMITED,

Petitioners,

– to take discovery of –

CHADBOURNE & PARKE LLP,

Respondent.

ECF Case No. 

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/12

ORDER

Upon consideration of the Application of Okean B.V. and Logistic Solution International Limited (collectively, "Okean") for an Order to Take Discovery Pursuant to 28 U.S.C. § 1782, Okean's memorandum of law, and the supporting declaration of Deborah A. Skakel, the application is found to be appropriate.

Therefore, it is HEREBY ORDERED THAT:

1. Okean's application for discovery from Chadbourne & Parke LLP ("Respondent") pursuant to 28 U.S.C. § 1782 is granted;

2. Okean is authorized pursuant to 28 U.S.C. § 1782 to take discovery from Respondent relating to the issues identified in its application, including (a) issuing the subpoena for the production of documents in the form attached hereto as Exhibit A; and (b) issuing additional subpoenas for the production of documents of Respondent as Okean may reasonably deem appropriate and as are consistent with the Federal Rules of Civil Procedure;

3. Respondent is directed to comply with such subpoenas in accordance with the Federal Rules of Civil Procedure and the Rules of this Court;

4. Counsel for Okean is appointed to issue, sign and serve such subpoenas upon Respondent;

5. Okean shall deliver copies of this order and any subpoenas issued pursuant to this order to the civil proceedings pending in the Netherlands.

Signed this 6th day of April, 2012

_____
SO ORDERED

Pt. I

DOCSNY-497949v1