AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| OKEAN B.V. and LOGISTIC SOLUTION INT'L LTD )<br>*Plaintiff* )<br>v. )<br>CHADBOURNE & PARKE LLP )<br>*Defendant* ) | Case No.   Misc. No.12-00104 |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chadbourne & Parke LLP                                    .

Date:   04/20/2012

/s/ Thomas J. Hall
*Attorney's signature*

Thomas J. Hall 1792811
*Printed name and bar number*

Chadbourne & Parke LLP
30 Rockefeller Plaza
New York, NY 10112

*Address*

thall@chadbourne.com
*E-mail address*

(212) 408-5100
*Telephone number*

(212) 541-5369
*FAX number*