USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 6-11-12

**DICKSTEIN**SHAPIRO LLP

1633 Broadway | New York, NY 10019-6708
tel (212) 277-6500 | fax (212) 277-6501 | dicksteinshapiro.com

*Writer's Direct Dial: (212) 277-6585*
*Writer's Direct Fax: (917) 591-7897*
*E-Mail Address: SkakelD@dicksteinshapiro.com*

RECEIVED
JUN 11 2012
CHAMBERS OF
JOHN G. KOELTL
U.S.D.J.

June 11, 2012

**VIA FACSIMILE**

Hon. John G. Koeltl, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 12B
New York, NY 10007-1312

Re:   *In re Application Pursuant to 28 U.S.C. § 1782 of Okean B.V. and Logistic Solution International to Take Discovery of Chadbourne & Parke, LLP*, Misc. No. 12-00104

Dear Judge Koeltl:

We represent Petitioners Okean B.V. and Logistic Solution International ("Okean"). After speaking with the Part 1 Clerk's Office and as requested by Respondent, we write Your Honor, as the sitting Part 1 Judge, to (i) advise the Court that the parties have agreed to a further revised briefing schedule with respect to Respondent's Motion to Quash Subpoena; and (ii) request that the Court reschedule the return date and oral argument on this motion.

By Your Honor's memorandum endorsement Order of May 25, 2012 (a copy of which is enclosed herein), Your Honor granted the parties' request setting the deadlines for Okean's opposition papers as June 12, 2012 and Respondent's reply papers as June 26, 2012. Your Honor also granted Respondent's request for oral argument, and set a return date of July 3, 2012.

The parties have agreed to a further extension of the deadlines as follows: through June 19, 2012 for Okean's opposition papers and through July 3, 2012 for Respondent's reply papers. The parties also respectfully request that the oral argument and return date be rescheduled from July 3, 2012, to July 11, 2012.

Thank you for your consideration of the parties' request.

Very truly yours,

Deborah A. Skakel

cc:   Thomas J. Hall, Esq. (by email)
      Chadbourne & Parke LLP
      Respondent *pro se*

*Application granted. Part I motions are heard by the Part I Judge on Tuesdays at 10:00 A.M. unless otherwise ordered by that judge. Therefore the motion is returnable on July 10, 2012 at 10:00 A.M. So Ordered.*

/s/ JGKoeltl
U.S.D.J.
6/11/12

Los Angeles | New York | Orange County | Silicon Valley | Stamford | Washington, DC