EXHIBIT 31 TO EINERTSEN DECLARATION

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Jørn A. Uggerud <jau@hjort.no> |
| **Sent:** | 16. mars 2010 18:14 |
| **To:** | Konstantinov, Konstantin; Kelina, Anna; ig-shaposhnikov@mail.ru; hdi@thommessen.no; his@thommessen.no |
| **Cc:** | Ratvik, Johan; Gaski, Klemet; Cathrine Møller Faaberg |
| **Subject:** | Contact details |

Dear all,

the  appointed trustee of the bankruptcy estate is as informed by Cathrine:

Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01


He will of course contact you all in due course.




Med vennlig hilsen
**Advokatfirmaet Hjort DA**



Jørn A. Uggerud
Partner

# H J O R T

Postboks 471 Sentrum, NO-0105 Oslo, Norway
Tel: + 47 22 47 18 00 Faks: + 47 22 47 18 18
Mobil: + 47 97 54 01 85
E-post: jau@hjort.no
www.hjort.no


Denne e-post med eventuelle tilhørende dokumenter er kun beregnet for den angitte adressat. Dokumentene
kan inneholde taushetsbelagte opplysninger i advokat/klientforhold. Dersom De ikke er rette mottaker av
dokumentene, gjøres det oppmerksom på at enhver kopiering eller annen videreformidling av
opplysningene ikke er tillatt. Har De mottatt dokumentene ved en feiltakelse, er vi takknemlige om De
snarest kan gi oss beskjed på telefon 22 47 18 00. Videre er vi takknemlig om De kan returnere de mottatte
dokumenter pr e-post, alternativt slette e-post med tilhørende filvedlegg.

*This message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the individual
or entity that is the named addressee and may contain information that is privileged or confidential or
otherwise legally exempt from disclosure.  If you are not the named addressee or an employee or agent
responsible for delivering this message to the named addressee, you are not authorized to read, print,
retain, copy or disseminate this message or any part of it.  If you have received this message in error,*

[Side #]

*please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.*

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Ratvik, Johan |
| **Sent:** | 17. mars 2010 21:07 |
| **To:** | Jørn A. Uggerud |
| **Cc:** | Gaski, Klemet; Einar Westby |
| **Subject:** | RE: kontaktdetaljer |

Jeg viser til e-mail nedenfor.

Har du vært i kontakt med en person ved navn Igor Shaposhnikov, og har du i så tilfelle kontaktdetaljene hans?


Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01


**From:** Jørn A. Uggerud [mailto:jau@hjort.no]
**Sent:** 16. mars 2010 18:10
**To:** Ratvik, Johan
**Cc:** Gaski, Klemet
**Subject:** SV: kontaktdetaljer

Johan,

de to nederlandske selskapene er så vidt jeg vet følgende:

AKER YARDS SC-2 B.V.
HOUTSINGEL 5
2719 EA ZOETERMEER


og

AKER YARDS SC-1 B.V.
HOUTSINGEL 5
2719 EA ZOETERMEER


De sentrale personer å kontakte for dere er:

Atle Lunder, advokat for Halling/vom Baur:

Advokat Konstantin Konstantinov, advokat for Wadan Holding i Russland.

Advokat Heidi Dillevig (Thommessen) - advokater for Wadan Holding i Norge.


[Side #]

For øvrig kan vi gjerne ta et møte en av de nærmeste dagene ved behov.

Yours sincerely
**Advokatfirmaet Hjort DA**

Jørn A. Uggerud
Partner

# H J O R T

Postboks 471 Sentrum, NO-0105 Oslo, Norway
Tel: + 47 22 47 18 00 Faks: + 47 22 47 18 18
Mobil: + 47 97 54 01 85
E-post: jau@hjort.no
www.hjort.no

*This message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.*

---

**Fra:** Ratvik, Johan [mailto:Johan.Ratvik@dlapiper.com]
**Sendt:** 16. mars 2010 16:31
**Til:** Jørn A. Uggerud
**Kopi:** Gaski, Klemet
**Emne:** kontaktdetaljer

Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00

[Side #]

M: +47 928 33 080
F: +47 24 13 15 01

-----------------------------------------------------------------------------

This email is from Advokatfirma DLA Piper Norway DA. The contents of this email and any attachments
are confidential to the intended recipient. They may not be disclosed to or used by or copied in any way by
anyone other than the intended recipient. If this email is received in error, please contact Advokatfirma
DLA Piper Norway DA on +47 24 13 15 00 quoting the name of the sender and the email address to which
it has been sent and then delete it. Please note that neither Advokatfirma DLA Piper Norway DA nor the
sender accepts any responsibility for viruses and it is your responsibility to scan or otherwise check this
email and any attachments. Advokatfirma DLA Piper Norway DA is a general partnership with shared
liability registered in Norway (registered number 982 216 060) whose registered office is at Olav Vs gate 4,
NO-0161 Oslo, Norway, which provides services from offices in Norway. Advokatfirma DLA Piper
Norway DA is regulated by the Norwegian Bar Association and is a member of DLA Piper, an international
legal practice, the members of which are separate and distinct legal entities. For further information, please
refer to www.dlapiper.com. ----------------------------------------------------------------------------

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Jørn A. Uggerud <jau@hjort.no> |
| **Sent:** | 17. mars 2010 22:30 |
| **To:** | Ratvik, Johan |
| **Subject:** | RE: kontaktdetaljer |

Shaposnikov er styreleder i WYGAS, og hans mailadresse fikk du i cc-feltet i går.

Jeg har ikke hans telefonnummer, men den enkleste vei til ham er antageligvis via Konstantin Konstantinov.

MVH

Jørn

-opprinn. melding-
Emne: RE: kontaktdetaljer
Fra: "Ratvik, Johan"<Johan.Ratvik@dlapiper.com>
Dato: 17.03.2010 21:09

Jeg viser til e-mail nedenfor.

Har du vært i kontakt med en person ved navn Igor Shaposhnikov, og har du i så tilfelle kontaktdetaljene hans?


Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01



From: Jørn A. Uggerud [mailto:jau@hjort.no]
Sent: 16. mars 2010 18:10
To: Ratvik, Johan
Cc: Gaski, Klemet
Subject: SV: kontaktdetaljer


Johan,

de to nederlandske selskapene er så vidt jeg vet følgende:

AKER YARDS SC-2 B.V.

HOUTSINGEL 5

2719 ?? ZOETERMEER

og

AKER YARDS SC-1 B.V.

HOUTSINGEL 5

2719 ?? ZOETERMEER

De sentrale personer å kontakte for dere er:


Atle Lunder, advokat for Halling/vom Baur:


Advokat Konstantin Konstantinov, advokat for Wadan Holding i Russland.


Advokat Heidi Dillevig (Thommessen) - advokater for Wadan Holding i Norge.


For øvrig kan vi gjerne ta et møte en av de nærmeste dagene ved behov.


Yours sincerely
Advokatfirmaet Hjort DA


Jørn A. Uggerud
Partner


Postboks 471 Sentrum, NO-0105 Oslo, Norway
Tel: + 47 22 47 18 00 Faks: + 47 22 47 18 18
Mobil: + 47 97 54 01 85
E-post: jau@hjort.no <mailto:jau@hjort.no>
www.hjort.no <http://www.hjort.no/>

_____

This message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and de

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Jørn A. Uggerud <jau@hjort.no> |
| **Sent:** | 18. mars 2010 13:52 |
| **To:** | Gaski, Klemet |
| **Cc:** | Ratvik, Johan |
| **Subject:** | VS: Wadan Yards Group AS |
| **Attachments:** | Accounts payable per 31.12.2009 WYGAS.pdf |

Klemet,

jeg vet ikke om du har fått dette bilaget fra Econ Partner.

Jørn

---

**Fra:** Andreas Helset [mailto:andreas.helset@econpartner.no]
**Sendt:** 2. mars 2010 10:49
**Til:** Kelina, Anna
**Kopi:** Konstantinov, Konstantin; ig-shaposhnikov@mail.ru; Heidi Dillevig; Jørn A. Uggerud
**Emne:** SV: Wadan Yards Group AS

Dear Anna,
Please see attachment.

Med vennlig hilsen/Yours sincerely
Andreas Helset, Authorized accountant
andreas.helset@econpartner.no | www.econpartner.no

EconPartner as
Postboks 2006 Vika, 0125 Oslo
Besøksadresse Dronning Mauds gate 15, 0250 Oslo
Telefon: +47 23 11 43 79 | Mobil: +47 92 83 22 52 | Fax: +47 23 11 43 71

Denne e-posten er ment for den som er adressert og kan
inneholde fortrolig informasjon. Enhver formidling,
kopiering eller annen bruk av innholdet er ikke tillatt. Har du
mottatt denne feilaktig, vennligst kontakt avsender og slett
e-posten fra ditt system.

---

**Fra:** Kelina, Anna [mailto:AKelina@Chadbourne.com]
**Sendt:** 1. mars 2010 08:30
**Til:** Andreas Helset
**Kopi:** Konstantinov, Konstantin; ig-shaposhnikov@mail.ru
**Emne:** FW: Wadan Yards Group AS

Dear Andreas,

As per the client's request, could you kindly prepare a more detailed breakdown of the accounts payable? Thank you.

Best regards,

Anna

**Anna Kelina**
**Chadbourne & Parke LLP**
Riverside Towers 52/5 Kosmodamianskaya Nab., Moscow, Russian Federation 115054
**tel** +7 (495) 974-2424 | **fax** +7 (495) 974-2425
akelina@chadbourne.com | http://www.chadbourne.com
vCard: http://www.chadbourne.com/vcard/akelina.vcf

[Side #]

**From:** Andreas Helset [mailto:andreas.helset@econpartner.no]
**Sent:** Friday, February 19, 2010 8:04 PM
**To:** Konstantinov, Konstantin; Kelina, Anna; ig-shaposhnikov@mail.ru
**Cc:** Heidi Dillevig; Hans Ingvald Stensholdt; Jørn A. Uggerud; Cathrine Møller Faaberg
**Subject:** Wadan Yards Group AS

Dear All,
Attached are the Balance report, Profit and Loss accounts and a summary of the Accounts payable per 31.12.2009.

All reports are based on a balance per 30.04.2009 provided by the accountants at Visma, your former partner. Audited accounts are not existing for 2008, so please keep this in mind.

Vat reports are submitted for May - December 2009, and a total vat return of NOK 729.497,- was received today.

Since the 11th of January we have received daily telephone calls, reminders and notice of debt collections. Please take a close look at the Accounts payable asap and please give us instructions to make payments. We are updating this list on a running basis.

End of year certificates are submitted for all employees for 2009. Payroll- and tax reports are submitted for May – December 2009.

After a thorough look at all important transfers in 2008 we do not believe that transfers are booked incorrect, given that the contracts we have seen are valid. We do not know anything about the transfers prior to year 2008. No vouchers are available for this period.

We have documentation for all accounts for 2008 and 2009 in our archives.

We have not made any calculations of interest related to the accounts receivables or the liabilities from May to December 2009.

If you have any questions, do not hesitate to contact us.

Have a nice weekend!

Med vennlig hilsen/Yours sincerely
Andreas Helset, Authorized accountant
andreas.helset@econpartner.no | www.econpartner.no

EconPartner as
Postboks 2006 Vika, 0125 Oslo
Besøksadresse Dronning Mauds gate 15, 0250 Oslo
Telefon: +47 23 11 43 79 | Mobil: +47 92 83 22 52 | Fax: +47 23 11 43 71

*************************************************************

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

[Side #]

For additional information about Chadbourne & Parke LLP
and Chadbourne & Parke, a multinational partnership, including
a list of attorneys, please see our website at
http://www.chadbourne.com

# Balance accounts payable per. 31.12.2009 Wadan Yards Group AS

| Acc no | Name | Balance | Details |
|---|---|---|---|
| 50024 | Advokatfirmaet Hjort<br>Postboks 471 Sentrum, NO-0105 Oslo<br>jau@hjort.no | -1 235 381,21 | Unpaid invoices for the periode of June-Oct. Invoices not received, but booked<br>Invoice No.:61485,61486,62022-24,62020,62070,62841-44,63549,63647-49,64178-81 |
| 50002 | Advokatfirmaet Thommessen<br>Postboks 1484 Vika, N-0116 Oslo | -7 235,00 | 2 unpaid invoices<br>No. 155354, date 18.06.2009, due 30.06.2009 NOK 3,094 Legal services April-May<br>No. 158673, date 30.09.2009, due 14.10.2009 NOK 3,312,50 Legal services June-August |
| 50021 | Affecto AB<br>Wallingatan 2, 111 60 Stockholm, Sweden<br>Tel 46 8 444 98 20 | -28 990,46 | Invoice 10019529, date 31.12.2008, due 30.01.2009 SEK 32,062 Consultant hours Dec Mikael Naslund,<br>consolidation application |
| 50037 | Aker Arctic Technology Inc<br>Merenkulkijankatu 6, FI-00980 Helsinki, Finland<br>Tel +358 (0) 10 6700, ref 271187 Mikko Niini | -668 775,00 | Invoice 10981, date 18.06.09, due 30.06.09 EUR 75,000. Regarding Co-Operation<br>and licence agreement dated 29.02.2008. First part payment for the periode Jan-June 2009<br>Copy of the agreement enclosed . Signed with the parent company, not by Wadan Yards |
| 50006 | Black Cat Kaffe og Tebus AS<br>Aslakveien 20 H, 0753 Oslo<br>info@black-cat.no | -967,00 | Invoice 41745, date 05.06.09, due 15.06.09 NOK 555, Coffee machine cleaning<br>Invoice 41576, date 27.05.09, due 06.06.09 NOK 412, Coffee<br>Both invoices are sent to debit collection with additional costs |
| 50040 | Bring Express Norge AS | 145,00 | A rest in the books. Has to be written off. The company does not have the credit registered in their books |
| 50003 | Brønnøysundregistrene | -35,00 | Unpaid fee from 19.08 from the Norwegian Register Center |
| 50043 | EconPartner AS | -63 750,00 | Invoice 19845 NOK 63,750 Upfron invoicing for accounting. Paid in 2010 |
| 50039 | Eikos AS<br>Postboks 1790 Vika, 0122 Oslo<br>Tel +47 22 01 25 00 | -8 125,00 | Invoice 3172, date 31.12.09, due 20.01.2010. IAS19-beregning for regnskapsåret 2008<br>Aduaries and consultants. Calculation of pension for the year 2008 |
| 50008 | Ernst&Young AS, Oslo<br>Postboks 20, 0051 Oslo<br>faktura@no.ey.com | -66 852,50 | NO01000233498 date 08.06.09, due 23.06.09 NOK 26,875 On account payment until end 31.05.09<br>NO01000244235 date 02.07.09, due 17.07.09 NOK 21,000 Progress billing until 30 June auditing<br>NO011000252189 date 13.10.09, due 28.10.09 NOK 18.977,50 Progress billing until 6 Oct - auditing<br>The invoices are sent to debt collection with additional costs |
| 50029 | Finansavisen<br>abo@finansavisen.no | -544,44 | Last invoice - rest. Subscription of financial newspaper. Has been terminated |
| 50011 | Fokus Renhold AS<br>Postboks 435, 1322 Lysaker<br>post@fokus-renhold.no | -8 757,50 | Invoice 30841 date 26.06.09, due 26.07.09 NOK 750 Cleaning 12.05.09<br>invoice 30823 date 30.04.09, due 14.06.09 NOK 8.007,50 Cleaning April |
| 50004 | ICA Detail AS<br>Postboks 6500 Rodeløkka, 0501 Oslo | -2 160,64 | Invoice 70613467 date 31.05.09, due 22.06.09 NOK 2.160,64 Groceries from May<br>Sent to debit collection with additional costs |
| 50045 | International Management Consultanc | -520 656,05 | Invoice 2009/09 date 30.09.09 EUR 31.353,70 Consultancy fee September Dr. Rettig |

| Code | Name / Address | Amount | Description |
|---|---|---|---|
| | Syringenplatz 2, 10407 Berlin, Germany | | Invoice 2009/08 date 06.09.09 EUR 29.750 Consultancy fee August Dr. Rettig / Sent to debt collection to Attorny Schön & Heidl, Berlin, Reichsstrasse 4, 14052 Berlin-Charlottenburg, 030 306 933-0 |
| 50022 | Il4you AS / Strømstangveien 11, 3950 Brevik, Norway / post@il4you.no / Tel 35561770, Henning Yven | -22 500,00 | Invoice 97 date 28.01.09, due 07.02.09 NOK 22.500 IT Branding from Akeryards to Wadan Yards Group |
| 50023 | Kaffebrenneriet / Waldemar Thranesgt 1B, 0171 Oslo / post@kaffebrenneriet.no | -101,00 | Invoice 1371 date 02.03.09 due 17.03.09 NOK 101 Coffee / Notice of debt collection 22.01.2010 |
| 50007 | KantineRingen AS / Holmengt. 33, Postboks 373, 1379 Nesbru / post@kantineringen.no | -7 770,00 | Invoice 61984 date 31.05.09, due 10.07.09 NOK 3.180 Canteen June / Invoice 61867, date 30.04.09, due 10.06.09 NOK 4.590 Canteen May / Notice of debt collection 30.11.09 |
| 50034 | Neptun Maritime AS / 5437 Finnås / post@neptunmaritime.no, tlf 53 22 60 00 | -110 945,00 | Rest of Invoice 2009041, date 01.06.09, due 05.06.09 of total NOK 165.945, Project Management Ice Breaking AHTS |
| 50015 | Nicolai H Knudtzon and Partners AS | 45 327,23 | Travel expences. Paid too much/not received all the travel invoices. Rest salary not paid |
| 50044 | Oslo Kemnerkontor | -19 318,00 | Interest and fee for late payment |
| 50035 | Premier Global Services AS | 140,00 | invoice No 93301 paid, but not received. |
| 50038 | Procano AS / P O Box 357, 0213 Oslo / post@procano.com | -4 123 464,76 | Invoice 50034 date 25.05.09, due10.06.09 EUR 65.276,25 MS License Agreement Instiment 2009 / Invoice 50032 date 01.05.09, due 30.05.09 EUR 339.672,50 Instalment 2009 / Invoice 50037 date 05.06.09, due 12.06.09 NOK 523.005,63 dedicated group IT services / Invoice 50039 date 08.06.09, due 16.06.09 NOK 58.509,13 SLA Support May |
| 50030 | Regus Business Centre Ibsen AS / C J Hambros Plass 2 C, 0164 Oslo / oslo.ibsen@regus.com / Phone +47 22 99 6000 | -202 130,76 | Invoice 0536/2009/1326INV, date 28.11.09, due 06.12.09 NOK 118.404 Rent, initial fee 1.Jan 2010-31.Aug 2010 / Invoice 0536/2009/1258INV, date 30.10.09, due 29.11.09, NOK 15.131,96 Rent 1.Dec 2009- 31.Dec 2009 / Invoice 0536/2009/1148INV, date 30.09.09, due 30.10.09 NOK 14.800,50 Rent 1 Nov-30.Nov 09 / Invoice 0536/2009/1031INV, date 3.09.09, due 30.11.09, NOK 15.313 Rent 1 Oct-1 Sept 09 / Invoice 0536/2009/10291INV, date 3.09.09, due 04.09.09 NOK 14.800,50 Rent 1 Sept-30.Sept 09 / Invoice 0536/2009/10301INV, date 03.09.09, due 04.09.09, NOK 23.380,80 Office Retainer |
| 50046 | Statens Innkrevingssentral | -3 440,00 | State Agency for the Recovery of fines. Fine for not sending in a Statement to Central Bureau of Statistics |
| 50027 | STX Europe AS / Postboks 453 Skøyen / 0213 Oslo / tel +47 21 02 15 00 | -7 382 863,68 | Inv 38166 date 27.04.09, due 07.05.09 NOK 28.750 Parking lots Q2/09 / Inv. 38163 date 27.04.09, due 07.05.09 NOK 312.500 Management Service Q2/09 / Inv 38164 date 27.04.09, due 07.05.09 NOK 549.336 Rent Q2/09 / Inv 38165 date 27.04.09, due 07.05.09 NOK 35.958 Overheads and energy Q2/09 / Inv 38273 date 18.11.09, due 28.11.09 NOK 17.779 Energy Invoice Eikratt / Inv 38232 date 25.08.09, due 24.09.09 EUR 527.061 Final Installment for Microsoft Enterprise Agreement / Inv 38235 date 17.08.09, due 27.08.09 NOK 71.875 Parking Q3/09 / Inv 38237 date 17.08.09, due 27.08.09 NOK 549.336 Rent Q3/09 / Inv 38236 date 27.08.09, due 06.09.09 NOK 87.655 Overhead and electricity Q3/09, rest 2008 |
| 50009 | TDC AS / Postboks 4600 Nydalen, 0405 Oslo | -855,00 | Invoice 40019480 date 08.05.09 due 07.06.09 NOK 331 Telephone 01.04.09-30.04.09 / Invoice 40019907 date 09.06.09, due 09.07.09 NOK 701 Telephone 01.05.09-31.05.09 / Credit advice 14.07.09 -NOK 177 / Sent do debt collection, Conecto, sak 795557 |
| 50014 | Telenor Mobil AS | -1 794,57 | Inv 55080706790013 date 23.10.09, due 07.12.09 NOK 277,83 subscription Oct |

Kundeservice, Postboks 216 Sentrum, Skien

| Konto | Navn | Beløp | Beskrivelse |
|---|---|---|---|
| 50017 | Thore Eilertsen | 3 874,80 | Saldo from 30/4-09<br>Inv 550807067679012 date 04.09.09, due 19.10.09 NOK 528,08 Subscription July<br>Inv 550807067679011 date 06.07.09, due 20.08.09 NOK 988,66 Data June<br>Sent to debt collection, Aktiv Kapital, sak 30340116 |
| 50031 | Trade Winds | | Invoice for the periode 07.11.09-07.11.10 NOK 6.300 is received but not booked. A rest inv. Will be sendt |
| 50013 | Unified Messaging Systems AS | 1 374,25 | probaly a debt collection fee that has not been booked |
| 50001 | Veolia Miljø Gjenvinning AS<br>PB 567 Skoyen, 0214 Oslo<br>097100@veolia.no | -2 613,28 | Inv 90167465 date 30.06.09, due 30.07.09 NOK 1.056,25 dust bin<br>Inv 90202361 date 31.07.09, due 20.08.09 NOK 550 Recycling bin<br>Inv 90312596 date 22.12.09, due 21.01.2010 NOK 388,28 rent dust container<br>Inv 90160577 date 17.06.09, due 07.07.09 NOK 206,25 dust bin 01.04-30.04.09<br>Sent to debt collection KrediNor ref 703516/9 (HAM) |
| 50010 | VIA Travel Norge AS<br>Postboks 1353 Vika, 0113 Oslo | -2 468,80 | Inv 708234 date 12.05.09, due 01.06.09 NOK 2.468,80 Interests late payment<br>Sent to debt collection ABC Kredittstyring, sak 9134841 |
| 50005 | Visma Services Norge AS<br>Postboks 881, 5807 Bergen<br>oslo@visma.no | -21 855,95 | Inv 6095894 date 31.12.09, due 21.01.2010 NOK 5.939 Consulting pr. 31.12.09 Accounting<br>Inv 6089333 date 30.11.09, due 21.12.09 NOK 1.338 Administration<br>Inv 6083075 date 31.10.09, due 21.11.09 NOK 5.687 Accounting<br>Inv 6069861 date 31.08.09, due 21.09.09 NOK 5.773 Accounting<br>Inv 333048 date 18.08.09, due 01.09.09 NOK 332,95 Interest on late payment<br>Inv 6063299 date 31.07.09, due 30.08.09 NOK 2.786 Accounting<br>The invoices are probably paid in 2010 |
| 50033 | Wadan Yards Germany Aker MTW | -303 567,55 | Opening balance from 01.01.2008 EUR 29.942,46 not settled.<br>Invoice A/W 9278 Travel expenses for Michael vom Baur EUR 964,17 from 04.06.09 |
| 50012 | Wadan Yards LNG Technology | -3 311,66 | Invoice 01909-2009 date 28.09.2009 EUR 384,54 Travel expences for Michael vom Baur |
| 50047 | World Intellectual Property Organization<br>intreg.mail@wipo.int<br>Tel 004122 3387039 | -131 909,29 | ENI/I480618201/AU date 24.03.09 Trade Mark registration. Swiss Francs 11.587<br>ENI/I480618001/AU date 24.03.09 Trade Mark registration. Swiss Francs 11.337 |
| | Sum | -14 992 277,82 | |
| 50027 | STX Europa | 14 566 645,00 | US$ 2,272,203.95 Non-Delivrable Forward Cash Settlement Societe General Paris. NOT BOOKED |

## Gaski, Klemet

| | |
|---|---|
| **From:** | Konstantinov, Konstantin <KKonstantinov@Chadbourne.com> |
| **Sent:** | 18. mars 2010 08:47 |
| **To:** | Ratvik, Johan |
| **Cc:** | Gaski, Klemet; Einar Westby |
| **Subject:** | RE: RE Wadan Yards Group AS, in bankruptcy |

Dear Johan:

We have only represented WYGAS in discussions with STX in respect of certain claims.

We have no instructions from the client to deal with this matter for now.

Once we get instructions we will revert.

Regards,
k

---

**From:** Ratvik, Johan [mailto:Johan.Ratvik@dlapiper.com]
**Sent:** Wednesday, March 17, 2010 10:35 AM
**To:** Konstantinov, Konstantin
**Cc:** Gaski, Klemet; Einar Westby
**Subject:** RE Wadan Yards Group AS, in bankruptcy
**Importance:** High

Dear Mr. Konstantinov,

as I understand you have been informed of, I was yesterday appointed trustee of the bankruptcy estate of Wadan Yards Group AS (WYGAS). I have been informed that you are representing both the major shareholder and the company. I will contact you for further discussions in a short time, but in the meantime I would kindly ask you if you could provide me with the following information:

- Full name and contact details of Andrius Paulauskas and Igor Shaposhnikov, who I understand are CEO and chariman of the board in WYGAS.
- Full company name and registration details, including contact details of the management of the Ukraine company that are the registered owner of the Ukraine shipyard.
- Full company name and registration details, including contact details of the management of the Dutch company/ies that are the registered owner/s of the Ukraine company.

Please do not hesitate to contact me if you have any questions or queries.


Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01

--------------------------------------------------------------------------

This email is from Advokatfirma DLA Piper Norway DA. The contents of this email and any attachments are confidential to the intended recipient. They may not be disclosed to or used by or copied in any way by anyone other than the intended recipient. If this email is received in error, please contact Advokatfirma DLA Piper Norway DA on +47 24 13 15 00 quoting the name of the sender and the email address to which it has been sent and then delete it. Please note that neither Advokatfirma DLA Piper Norway DA nor the sender accepts any responsibility for viruses and it is your responsibility to scan or otherwise check this email and any attachments. Advokatfirma DLA Piper Norway DA is a general partnership with shared liability registered in Norway (registered number 982 216 060) whose registered office is at Olav Vs gate 4, NO-0161 Oslo, Norway, which provides services from offices in Norway. Advokatfirma DLA Piper Norway DA is regulated by the Norwegian Bar Association and is a member of DLA Piper, an international legal practice, the members of which are separate and distinct legal entities. For further information, please refer to www.dlapiper.com. TravelSMART - From October 6-31, DLA Piper offices around the world are participating in a campaign to encourage environmentally friendly travel practices. See www.dlapiper.com/global/aboutus/sustainability for more information. Please consider the environment before printing this email. -------------------------------------------------------------------------------

************************************************************

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me by replying to this message and permanently delete the original and any copy of this e-mail and any printout thereof.

For additional information about Chadbourne & Parke LLP and Chadbourne & Parke, a multinational partnership, including a list of attorneys, please see our website at http://www.chadbourne.com

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Konstantinov, Konstantin <KKonstantinov@Chadbourne.com> |
| **Sent:** | 22. mars 2010 07:47 |
| **To:** | Ratvik, Johan |
| **Cc:** | Gaski, Klemet; Einar Westby |
| **Subject:** | RE: RE Wadan Yards Group AS, in bankruptcy |

Dear Johan:

Would you be available for a call today to discuss option available to the client -- i can only do either until 9:30 am your time -- or at any time after 4:30 pm your time -- pls let me know the time which is good for you and i circulate the dial in details.
thnks
k

---

**From:** Ratvik, Johan [mailto:Johan.Ratvik@dlapiper.com]
**Sent:** Wednesday, March 17, 2010 10:35 AM
**To:** Konstantinov, Konstantin
**Cc:** Gaski, Klemet; Einar Westby
**Subject:** RE Wadan Yards Group AS, in bankruptcy
**Importance:** High

Dear Mr. Konstantinov,

as I understand you have been informed of, I was yesterday appointed trustee of the bankruptcy estate of Wadan Yards Group AS (WYGAS). I have been informed that you are representing both the major shareholder and the company. I will contact you for further discussions in a short time, but in the meantime I would kindly ask you if you could provide me with the following information:

- Full name and contact details of Andrius Paulauskas and Igor Shaposhnikov, who I understand are CEO and chariman of the board in WYGAS.
- Full company name and registration details, including contact details of the management of the Ukraine company that are the registered owner of the Ukraine shipyard.
- Full  company name and registration details, including contact details of the management of the Dutch company/ies that are the registered owner/s of the Ukraine company.

Please do not hesitate to contact me if you have any questions or queries.

Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01

-----------------------------------------------------------------------

This email is from Advokatfirma DLA Piper Norway DA. The contents of this email and any attachments are confidential to the intended recipient. They may not be disclosed to or used by or

copied in any way by anyone other than the intended recipient. If this email is received in error, please contact Advokatfirma DLA Piper Norway DA on +47 24 13 15 00 quoting the name of the sender and the email address to which it has been sent and then delete it. Please note that neither Advokatfirma DLA Piper Norway DA nor the sender accepts any responsibility for viruses and it is your responsibility to scan or otherwise check this email and any attachments. Advokatfirma DLA Piper Norway DA is a general partnership with shared liability registered in Norway (registered number 982 216 060) whose registered office is at Olav Vs gate 4, NO-0161 Oslo, Norway, which provides services from offices in Norway. Advokatfirma DLA Piper Norway DA is regulated by the Norwegian Bar Association and is a member of DLA Piper, an international legal practice, the members of which are separate and distinct legal entities. For further information, please refer to www.dlapiper.com. TravelSMART - From October 6-31, DLA Piper offices around the world are participating in a campaign to encourage environmentally friendly travel practices. See www.dlapiper.com/global/aboutus/sustainability for more information. Please consider the environment before printing this email. ----------------------------------------------------------------------------
-----

**********************************************************

This e-mail, and any attachments thereto, is intended only
for use by the addressee(s) named herein and may contain
legally privileged and/or confidential information. If you
are not the intended recipient of this e-mail, you are
hereby notified that any dissemination, distribution or
copying of this e-mail, and any attachments thereto, is
strictly prohibited. If you have received this e-mail in
error, please notify me by replying to this message and
permanently delete the original and any copy of this e-mail
and any printout thereof.

For additional information about Chadbourne & Parke LLP
and Chadbourne & Parke, a multinational partnership, including
a list of attorneys, please see our website at
http://www.chadbourne.com

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Ratvik, Johan |
| **Sent:** | 24. mars 2010 10:28 |
| **To:** | Konstantinov, Konstantin |
| **Cc:** | Einar Westby; Gaski, Klemet |
| **Subject:** | RE Wadan Yards Group AS, in bankruptcy |

Dear Konstantin,

reference is made to our telephone conference the day before yesterday. Could you please inform us whether there are any news from your client on any of the possible options we discussed?

Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Jørn A. Uggerud <jau@hjort.no> |
| **Sent:** | 6. april 2010 16:13 |
| **To:** | Ratvik, Johan; hdi@thommessen.no |
| **Cc:** | Einar Westby; Gaski, Klemet |
| **Subject:** | SV: Ad Wadan Yards Group AS, dets konkursbo |

Johan,

jeg viser til din mail.

Vi har ingen kjennskap til den aktuelle transaksjonen og ble ikke informert om denne (jeg visste ingenting om dette før jeg ble oppringt av en journalist fra Finansavisen rett over påske som fortalte om dette etter å ha vært i kontakt med deg).

Så vidt jeg forstod på journalisten er styreleder i Blakur Company, Inc (eller hva det måtte hete i selskaper registrert på De Britiske Jomfruøyer) den samme som er styreleder i det norske selskapet, Igor Shaposhnikov. Jeg har imidlertid ingen opplysninger om dette er korrekt, og jeg har ikke hatt kontakt med representanter fra Wadan Holding (advokat Konstantin Konstantinov) siden jeg ringte ham rett før påske – etter min samtale med dere på deres kontor – der jeg ba ham eller en representant for Wadan Holding kontakte dere i bostyret dersom de hadde noen innspill eller forslag mht håndteringen av boets aktiva etc. Konstantinov opplyste at han ville ta dette med sin klient, men jeg har som sagt ikke hørt noe fra ham siden dette, verken muntlig eller skriftlig.

Med vennlig hilsen
**Advokatfirmaet Hjort DA**

Jørn A. Uggerud
Partner

# H J O R T
Postboks 471 Sentrum, NO-0105 Oslo, Norge
Tel: + 47 22 47 18 00 Faks: + 47 22 47 18 18

Mobil: +47 975 40 185
E-post: jau@hjort.no
www.hjort.no

Denne e-post med eventuelle tilhørende dokumenter er kun beregnet for den angitte adressat. Dokumentene kan inneholde taushetsbelagte opplysninger i advokat/klientforhold. Dersom De ikke er rette mottaker av dokumentene, gjøres det oppmerksom på at enhver kopiering eller annen videreformidling av opplysningene ikke er tillatt. Har De mottatt dokumentene ved en feiltakelse, er vi takknemlige om De snarest kan gi oss beskjed på telefon 22 47 18 00. Videre er vi takknemlig om De kan returnere de mottatte dokumenter pr e-post, alternativt slette e-post med tilhørende filvedlegg.

This message is being sent by or on behalf of a lawyer; it is intended for the exclusive use of the individual or entity that is the named addressee and may contain information that is privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee or an employee or agent responsible for delivering this message to the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify us immediately by e-mail, discard any paper copies and delete all electronic files of the message.

**Fra:** Ratvik, Johan [mailto:Johan.Ratvik@dlapiper.com]
**Sendt:** 6. april 2010 15:59
**Til:** Jørn A. Uggerud; hdi@thommessen.no
**Kopi:** Einar Westby; Gaski, Klemet
**Emne:** Ad Wadan Yards Group AS, dets konkursbo

Jeg viser til tidligere kontakter i sakens anledning.

Bobehandlingen har avdekket at aksjene i det ukrainske verftsselskapet Okean OJSC som var eid av Okean BV, ble overdratt til Blakur Company Inc på De Britiske Jomfruøyer like forut for konkursåpningen. Dersom dere har nærmere opplysninger om denne transaksjonen, herunder bakgrunnen for den, kjøpesum og oppgjørsmåte, ville jeg satt pris på å motta opplysninger om dette så hurtig som mulig.

Dersom dere ikke har vært informert om transaksjonen ber jeg opplyst dette.

Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01

-----------------------------------------------------------------------------------

This email is from Advokatfirma DLA Piper Norway DA. The contents of this email and any attachments are confidential to the intended recipient. They may not be disclosed to or used by or copied in any way by anyone other than the intended recipient. If this email is received in error, please contact Advokatfirma DLA Piper Norway DA on +47 24 13 15 00 quoting the name of the sender and the email address to which it has been sent and then delete it. Please note that neither Advokatfirma DLA Piper Norway DA nor the sender accepts any responsibility for viruses and it is your responsibility to scan or otherwise check this email and any attachments. Advokatfirma DLA Piper Norway DA is a general partnership with shared liability registered in Norway (registered number 982 216 060) whose registered office is at Olav Vs gate 4, NO-0161 Oslo, Norway, which provides services from offices in Norway. Advokatfirma DLA Piper Norway DA is regulated by the Norwegian Bar Association and is a member of DLA Piper, an international legal practice, the members of which are separate and distinct legal entities. For further information, please refer to www.dlapiper.com. TravelSMART - From October 6-31, DLA Piper offices around the world are participating in a campaign to encourage environmentally friendly travel practices. See www.dlapiper.com/global/aboutus/sustainability for more information. Please consider the environment before printing this email. -------------------------------------------------------------------------

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Heidi Dillevig <hdi@thommessen.no> |
| **Sent:** | 6. april 2010 16:04 |
| **To:** | Ratvik, Johan; Jørn A. Uggerud |
| **Cc:** | Einar Westby; Gaski, Klemet; Hans Ingvald Stensholdt |
| **Subject:** | SV: Ad Wadan Yards Group AS, dets konkursbo [THOMMESSEN-LIVE.FID195003] |

Johan,
Viser til din epost nedenfor.

Vi har ingen kjennskap til den aktuelle transaksjonen, og har ikke vært informert om den.


--
Lawyer in charge is: Jo Rodin

Heidi Dillevig
Advokat
Tel +47 23 11 13 15  Mob +47 91 38 62 62
E-mail hdi@thommessen.no
Advokatfirmaet Thommessen AS

# THOMMESSEN

---

**Fra:** Ratvik, Johan [mailto:Johan.Ratvik@dlapiper.com]
**Sendt:** Tuesday, April 06, 2010 3:59 PM
**Til:** Jørn A. Uggerud; Heidi Dillevig
**Kopi:** Einar Westby; Gaski, Klemet
**Emne:** Ad Wadan Yards Group AS, dets konkursbo

Jeg viser til tidligere kontakter i sakens anledning.

Bobehandlingen har avdekket at aksjene i det ukrainske verftsselskapet Okean OJSC som var eid av Okean BV, ble overdratt til Blakur Company Inc på De Britiske Jomfruøyer like forut for konkursåpningen. Dersom dere har nærmere opplysninger om denne transaksjonen, herunder bakgrunnen for den, kjøpesum og oppgjørsmåte, ville jeg satt pris på å motta opplysninger om dette så hurtig som mulig.

Dersom dere ikke har vært informert om transaksjonen ber jeg opplyst dette.


Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01

---------------------------------------------------------------------------

This email is from Advokatfirma DLA Piper Norway DA. The contents of this email and any attachments are confidential to the intended recipient. They may not be disclosed to or used by or copied in any way by

anyone other than the intended recipient. If this email is received in error, please contact Advokatfirma DLA Piper Norway DA on +47 24 13 15 00 quoting the name of the sender and the email address to which it has been sent and then delete it. Please note that neither Advokatfirma DLA Piper Norway DA nor the sender accepts any responsibility for viruses and it is your responsibility to scan or otherwise check this email and any attachments. Advokatfirma DLA Piper Norway DA is a general partnership with shared liability registered in Norway (registered number 982 216 060) whose registered office is at Olav Vs gate 4, NO-0161 Oslo, Norway, which provides services from offices in Norway. Advokatfirma DLA Piper Norway DA is regulated by the Norwegian Bar Association and is a member of DLA Piper, an international legal practice, the members of which are separate and distinct legal entities. For further information, please refer to www.dlapiper.com. TravelSMART - From October 6-31, DLA Piper offices around the world are participating in a campaign to encourage environmentally friendly travel practices. See www.dlapiper.com/global/aboutus/sustainability for more information. Please consider the environment before printing this email. -----------------------------------------------------------------------
<end of original message>

🖶 Please consider the environment before printing this e-mail.

This communication is intended for the person(s) named above only. It may contain information that is confidential or legally privileged.
If received in error, please delete it from your system and notify our IT department by telephone No +47 23 11 11 11.

Advokatfirmaet Thommessen AS
Haakon VII's gate 10, PO Box 1484 Vika, NO-0116 OSLO, Norway
Tel +47 23 11 11 11 Fax +47 23 11 10 10
Foretaksregisteret NO 957 423 248 MVA
http://www.thommessen.no

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Ratvik, Johan |
| **Sent:** | 6. april 2010 15:27 |
| **To:** | Konstantinov, Konstantin |
| **Cc:** | Gaski, Klemet; Einar Westby |
| **Subject:** | Re Wadan Yards Group As, in bankruptcy |

Dear Konstantin,

reference is made to previous contacts, including my e-mail of 24 March 2010. Since I have not received any response from you, I take the liberty of reminding you of the matter.

In addition, we have now been informed that Okean BV's shares in Okean OJSC (Damen Shipyards in Ukraina), have been transferred to Blakur Company Inc. I would be grateful if you could provide me with more detailed information regarding this transaction.

I look forward to hearing from you.


Med vennlig hilsen/kind regards
Johan Ratvik
Partner
Advokatfirma DLA Piper Norway DA
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Ratvik, Johan |
| **Sent:** | 17. mars 2010 21:07 |
| **To:** | Jørn A. Uggerud |
| **Cc:** | Gaski, Klemet; Einar Westby |
| **Subject:** | RE: kontaktdetaljer |

Jeg viser til e-mail nedenfor.

Har du vært i kontakt med en person ved navn Igor Shaposhnikov, og har du i så tilfelle kontaktdetaljene hans?

Med vennlig hilsen/kind regards
Johan Ratvik
Partner
**Advokatfirma DLA Piper Norway DA**
T: +47 24 13 15 00
M: +47 928 33 080
F: +47 24 13 15 01

*This is a translation of the above Norwegian email.*

| | |
|---|---|
| **Sent:** | 17 March 2010 21:07 |
| **Subject:** | RE: contact details |

I refer to the e-mail below.

Have you been in contact with a person by the name of Igor Shaposhnikov and, if so, do you have his contact details?

Kind regards
Johan Ratvik

**From:** Jørn A. Uggerud [mailto:jau@hjort.no]
**Sent:** 16. mars 2010 18:10
**To:** Ratvik, Johan
**Cc:** Gaski, Klemet
**Subject:** SV: kontaktdetaljer

Johan,

de to nederlandske selskapene er så vidt jeg vet følgende:

AKER YARDS SC-2 B.V.
HOUTSINGEL 5
2719 EA ZOETERMEER

og

AKER YARDS SC-1 B.V.
HOUTSINGEL 5
2719 EA ZOETERMEER


De sentrale personer å kontakte for dere er:

Atle Lunder, advokat for Halling/vom Baur:

Advokat Konstantin Konstantinov, advokat for Wadan Holding i Russland.

Advokat Heidi Dillevig (Thommessen) - advokater for Wadan Holding i Norge.

For øvrig kan vi gjerne ta et møte en av de nærmeste dagene ved behov.



Yours sincerely
**Advokatfirmaet Hjort DA**



Jørn A. Uggerud
Partner

*This is a translation of the above Norwegian email.*

**Sent:**      16 March 2010 18:10
**Subject:**    RE: contact details

Johan,

the two Dutch companies are, as far as I know, the following:

AKER YARDS SC-2 B.V.
HOUTSINGEL 5
NL-2719 EA ZOETERMEER

and

AKER YARDS SC-1 B.V.
HOUTSINGEL 5
NL-2719 EA ZOETERMEER

The principal persons for you to contact are:

Atle Lunder, lawyer for Halling/vom Baur

Lawyer Konstantin Konstantinov, lawyer for Wadan Holding in Russia

Lawyer Heidi Dillevig (Thommessen) – lawyers for Wadan Holding in Norway.

Otherwise we will be pleased to have a meeting in the next few days as required.

Yours sincerely

Jørn A. Uggerud

---

## Gaski, Klemet

| | |
|---|---|
| **From:** | Jørn A. Uggerud <jau@hjort.no> |
| **Sent:** | 17. mars 2010 22:30 |
| **To:** | Ratvik, Johan |
| **Subject:** | RE: kontaktdetaljer |

Shaposnikov er styreleder i WYGAS, og hans mailadresse fikk du i cc-feltet i går.

Jeg har ikke hans telefonnummer, men den enkleste vei til ham er antageligvis via Konstantin Konstantinov.

MVH

Jørn

*This is a translation of the above Norwegian email:*

**Sent:**      17 March 2010 22:30
**Subject:**    RE: contact details

Shaposnikov is chairman of the board of WYGAS and you received his mail address in the cc-box yesterday.

I don't have his telephone number, but the easiest way to reach him is probably via Konstantin Konstantinov.
YT
Jørn

## Gaski, Klemet

| | |
|---|---|
| **From:** | Jørn A. Uggerud <jau@hjort.no> |
| **Sent:** | 18. mars 2010 13:52 |
| **To:** | Gaski, Klemet |
| **Cc:** | Ratvik, Johan |
| **Subject:** | VS: Wadan Yards Group AS |
| **Attachments:** | Accounts payable per 31.12.2009 WYGAS.pdf |

Klemet,

jeg vet ikke om du har fått dette bilaget fra Econ Partner.

Jørn

*This is a translation of the above Norwegian email:*

| | |
|---|---|
| **Sent:** | 18 March 2010 13:52 |
| **Subject:** | VS: Wadan Yards Group AS |

Klemet,

I don't know if you have received this attachment from Econ Partner.

Jørn

## Gaski, Klemet

| | |
|---|---|
| **From:** | Jørn A. Uggerud <jau@hjort.no> |
| **Sent:** | 6. april 2010 16:13 |
| **To:** | Ratvik, Johan; hdi@thommessen.no |
| **Cc:** | Einar Westby; Gaski, Klemet |
| **Subject:** | SV: Ad Wadan Yards Group AS, dets konkursbo |

Johan,

jeg viser til din mail.

Vi har ingen kjennskap til den aktuelle transaksjonen og ble ikke informert om denne (jeg visste ingenting om dette før jeg ble oppringt av en journalist fra Finansavisen rett over påske som fortalte om dette etter å ha vært i kontakt med deg).

Så vidt jeg forstod på journalisten er styreleder i Blakur Company, Inc (eller hva det måtte hete i selskaper registrert på De Britiske Jomfruøyer) den samme som er styreleder i det norske selskapet, Igor Shaposhnikov. Jeg har imidlertid ingen opplysninger om dette er korrekt, og jeg har ikke hatt kontakt med representanter fra Wadan Holding (advokat Konstantin Konstantinov) siden jeg ringte ham rett før påske – etter min samtale med dere på deres kontor – der jeg ba ham eller en representant for Wadan Holding kontakte dere i bostyret dersom de hadde noen innspill eller forslag mht håndteringen av boets aktiva etc. Konstantinov opplyste at han ville ta dette med sin klient, men jeg har som sagt ikke hørt noe fra ham siden dette, verken muntlig eller skriftlig.

Med vennlig hilsen
**Advokatfirmaet Hjort DA**

Jørn A. Uggerud
Partner

*This is a translation of the above Norwegian email:*
**Subject:**         ANS: Re Wadan Yards Group AS, its estate in bankruptcy

Johan,

I refer to your mail.

We have no knowledge of the transaction in question and were not informed about this (I knew nothing about this before being called up by a journalist from Finansavisen just over Easter, who told me about this after having been in contact with you).

As far as I understood from the journalist the chairman of the board of Blakur Company, Inc (or whatever it is called in companies registered in the British Virgin Islands) is the same as the chairman of the board of the Norwegian company, Igor Shaposhnikov. I have, however, no information as to whether this is correct, and I have not had contact with representatives from Wadan Holding (lawyer Konstantin Konstantinov) since I called just before Easter – after my discussion with you at your office – when I asked him or a representative from Wadan Holding to contact you as the bankruptcy administrators id they had anything to add or proposals regarding the handling of the estate's assets etc. Konstantinov advised that he would take this up with his client but, as I said, I have heard nothing from him since then, either verbally or in writing.

Yours truly
Jørn A. Uggerud

**Fra:** Ratvik, Johan [mailto:Johan.Ratvik@dlapiper.com]
**Sendt:** 6. april 2010 15:59
**Til:** Jørn A. Uggerud; hdi@thommessen.no
**Kopi:** Einar Westby; Gaski, Klemet
**Emne:** Ad Wadan Yards Group AS, dets konkursbo

Jeg viser til tidligere kontakter i sakens anledning.

Bobehandlingen har avdekket at aksjene i det ukrainske verftsselskapet Okean OJSC som var eid av Okean BV, ble overdratt til Blakur Company Inc på De Britiske Jomfruøyer like forut for konkursåpningen. Dersom dere har nærmere opplysninger om denne transaksjonen, herunder bakgrunnen for den, kjøpesum og oppgjørsmåte, ville jeg satt pris på å motta opplysninger om dette så hurtig som mulig.

Dersom dere ikke har vært informert om transaksjonen ber jeg opplyst dette.

Med vennlig hilsen/kind regards
**Johan Ratvik**
Partner

*This is a translation of the above Norwegian email:*
**Sent:**         6 April 2010  15:59
**Subject:**         RE: Wadan Yards Group AS, its estate in bankruptcy

I refer to earlier contacts regarding the matter.

The handling of the estate has revealed that the shares in the Ukrainian shipyard company Okean OJSC, which were owned by Okean BV, were transferred to Blakur Company Inc on the British Virgin Islands just before the bankruptcy proceedings opened. If you have any further information regarding this transaction, including the background to it, the purchase price and method of settlement, I would be grateful to receive information about this as quickly as possible.

If you have not been informed of the transaction I would ask you to advise me accordingly.

Kind regards
Johan Ratvik

**Gaski, Klemet**

| | |
|---|---|
| **From:** | Heidi Dillevig <hdi@thommessen.no> |
| **Sent:** | 6. april 2010 16:04 |
| **To:** | Ratvik, Johan; Jørn A. Uggerud |
| **Cc:** | Einar Westby; Gaski, Klemet; Hans Ingvald Stensholdt |
| **Subject:** | SV: Ad Wadan Yards Group AS, dets konkursbo [THOMMESSEN-LIVE.FID195003] |

Johan,
Viser til din epost nedenfor.

Vi har ingen kjennskap til den aktuelle transaksjonen, og har ikke vært informert om den.


--
Lawyer in charge is: Jo Rodin

Heidi Dillevig
Advokat

*This is a translation of the above Norwegian email:*

| | |
|---|---|
| **Sent:** | 6 April 2010  16:04 |
| **Subject:** | Re: Wadan Yards Group AS, its estate in bankruptcy |

Johan,
I refer to your e-mail below.

We have no knowledge of the transaction in question and have not been informed about it.


Lawyer in charge is: Jo Rodin

Heidi Dillevig
Lawyer

**Sworn translation from Norwegian to English of:**

## Emails dated 16 March – 6 April 2010

Eastbourne, 14 June 2012

Translator's statement:

The undersigned, Edward David Parton, registered as sworn translator for the English language at Xenophiles, hereby declares that the attached English translation is a faithful representation of the Norwegian original, also attached.

Translator's signature

Edward David Parton, BA (London)

Sworn Translator English

Attached:

    English translation of various Norwegian emails dated 16 March – 6 April 2010 (6 pages)