UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application Pursuant to 28 U.S.C. § 1782 of OKEAN B.V. and LOGISTIC SOLUTION INTERNATIONAL LIMITED,<br><br>Petitioners,<br><br>to take discovery of<br><br>CHADBOURNE & PARKE LLP,<br><br>Respondent. | Case No.: 12 Misc 00104<br>ECF Case<br>(Judge Paul A. Engelmayer) |

DECLARATION OF CHARLES GIELEN
IN FURTHER SUPPORT OF PETITIONERS' MOTION TO COMPEL

CHARLES GIELEN hereby declares and states as follows:

1. I am a lawyer and a partner with the Dutch law firm NautaDutilh N.V., located at Strawinskylaan 1999, 1077 XV Amsterdam, The Netherlands. I have been a member of the Bar of Amsterdam since 1971. As a Dutch attorney-at-law, my practice concentrates on patent and trademark litigation, and my clients include large Dutch and international corporations. I am also a part-time professor in intellectual property law at Groningen University in Groningen, the Netherlands, and have authored various intellectual property handbooks. Currently, I am the chair of the Programme Committee of the International Association for the Protection of Industrial Property. I am also a member of the standing advisory committee to the Dutch Government on trademark and design law.

2. My law partner Robert van Galen represents Petitioners Okean B.V. and Logistic Solution International Limited in the action against Blakur Company Inc., Poizanter Holdings Limited, Fradomna Investments Limited, Judith Hamburger, Closed Joint Stock Company Smart-Holding and Olympus Investments (2001) B.V. pending before the Amsterdam District

Court. I do not represent, and my consultation has not been sought by, Petitioners with respect to that Dutch proceeding.

3. I respectfully submit this declaration at the request of Dickstein Shapiro LLP, counsel to Petitioners, in connection with Petitioners' proceeding to take discovery of Chadbourne & Parke LLP, currently pending before the United States District Court for the Southern District of New York.

4. I have reviewed the Declaration of Robert van Galen in Further Support of Petitioners' Motion to Compel, dated July 26, 2012, in connection with the proceeding before this Court. In his declaration, Mr. van Galen discusses an article that I authored, 3 *Trade Secrets Throughout the World* § 28:11 (West 2011). I fully agree with Mr. van Galen's description of my article and further agree with his explanation of Articles 843(a) and 22 of the Dutch Code of Civil Procedure and the limitations on document discovery under Dutch law.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of July, 2012.

_____
Charles Gielen