# CHADBOURNE & PARKE LLP

30 Rockefeller Plaza, New York, NY 10112
tel (212) 408-5100  fax (212) 541-5369

Thomas J. Hall
tel: +1 (212)-408-5100
fax: +1 (212)-541-5369
thall@chadbourne.com

**MEMO ENDORSED**

August 16, 2012

**BY E-MAIL**

Hon. Paul A. Engelmayer, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/12
```

Re: *In re Application Pursuant to 28 U.S.C. § 1782 of Okean B.V. and Logistic Solution International to Take Discovery of Chadbourne & Parke LLP*, Misc. No. 12-00104

Dear Judge Engelmayer:

I am a member of the firm of Chadbourne & Parke LLP ("Chadbourne"), the respondent *pro se* here. I write on behalf of both parties to respectfully request an extension of the August 17, 2012 deadline for the parties to submit a joint letter to the Court and an adjournment of the conference scheduled for August 22, 2012, so that the parties may continue their ongoing dialogue toward a possible agreement concerning Petitioners' subpoenas. This is the first request by any party for such an extension of time or adjournment.

Pursuant to Your Honor's instructions during the July 31, 2012 hearing on Chadbourne's and Petitioners' respective motions, the parties have since exchanged correspondence and participated in discussions in an effort to narrow or resolve disputed issues. Although areas of disagreement remain that may require the intervention of the Court, both parties submit that a brief adjournment would be appropriate at this time so that their dialogue can continue. Accordingly, the parties propose that: (i) the time for the parties to submit a joint letter to the Court in the form requested by Your Honor during the July 31 hearing be extended to September 7, 2012; and (ii) the conference be adjourned to September 10, 11 or 12, 2012. If more convenient for the Court, counsel for the parties could instead be available for a conference on September 24 or 27. Thank you for the Court's attention to this matter.

Application GRANTED. Letter due 9/7, conference adjourned to 9/14 at 3:30 pm in Courtroom 18C.

Respectfully yours,

Thomas J. Hall

cc: Deborah A. Skakel, Esq. (by e-mail)

SO ORDERED.

Paul A. Engelmayer  8/17/12
Paul A. Engelmayer, U.S.D.J.