```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

In re Application Pursuant to 28 U.S.C. § 1782 of Okean
B.V. and Logistic Solution International to Take Discovery
of Chadbourne & Parke LLP

12 Misc. 104 (PAE)

ORDER

------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from respondent Chadbourne & Parke, dated January 18, 2013, providing a status update on the above-captioned case and requesting a conference with the Court.

Petitioners Okean B.V. and Logistic Solution International are hereby directed to respond to Chadbourne's letter by January 28, 2013. The Court will set a conference date thereafter, if merited.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: January 23, 2013
       New York, New York