UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
In re Application Pursuant to 28 U.S.C. § 1782 of Okean  :
B.V. and Logistic Solution International to Take Discovery :    12 Misc. 104 (PAE)
of Chadbourne & Parke LLP                                :
:                                                             ORDER
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

A conference in this matter is scheduled for February 8, 2013 at 9 am in Courtroom 518 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: February 4, 2013
       New York, New York