UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

In re Application Pursuant to 28 U.S.C. § 1782 of Okean :
B.V. and Logistic Solution International to Take Discovery :    12 Misc. 104 (PAE)
of Chadbourne & Parke LLP :
                                                                                                                  :                    ORDER
-------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

The conference previously scheduled for February 8, 2013 is hereby rescheduled for February 15, 2013 at 9 am at the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

                                                                 _____
                                                                  Paul A. Engelmayer
                                                                  United States District Judge

Dated: February 5, 2013
        New York, New York