UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
In re Application Pursuant to 28 U.S.C. § 1782 of Okean            :
B.V. and Logistic Solution International to Take Discovery         :   12 Misc. 104 (PAE)
of Chadbourne & Parke LLP                                          :
                                                                  :   ORDER
                                                                  :
------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at the February 15, 2013 conference, respondent Chadbourne & Parke LLP is directed to produce, by March 15, 2013: (1) a privilege log, covering 1,000 documents selected in a manner consistent with Ms. Skakel's search-term-based proposal and addressing the issues outlined by the Court at the conference; and (2) declarations from percipient witnesses, *e.g.*, client representatives and/or Chadbourne attorneys, addressing the issues of legal representation discussed at the conference. The parties are directed to submit a joint status letter to the Court by March 22, 2013, which should attach these materials.

SO ORDERED.

                                                    _____
                                                    Paul A. Engelmayer
                                                    United States District Judge

Dated: February 15, 2013
       New York, New York